UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                            *

**JOHN MCDONNELL MCPHERSON,**     *     Case No. 21-10205

      Debtor.                            *     Chapter 11

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO CREDITORS WITH DISPUTED,
CONTINGENT OR UNLIQUIDATED CLAIMS**

NOTICE IS HEREBY GIVEN pursuant to Local Bankruptcy Rules 1009-1 (b) and 2081-1 that the following creditors are now listed in the Debtor's schedules as holding claims that are disputed, contingent or unliquidated:

    **CAMAC Fund, LP**

    **Berman Tabacco**

Each creditor has the right to file a proof of claim. FAILURE TO FILE A PROOF OF CLAIM MAY PREVENT SUCH CREDITORS FROM VOTING ON ANY PLAN OF REORGANIZATION OR PARTICIPATING IN ANY SUCH DISTRIBUTION THEREUNDER.

Dated:  January 26, 2021
                                      */s/ Brent C. Strickland*
                                      Brent C. Strickland, Esq., Bar No. 22704
                                      WHITEFORD, TAYLOR & PRESTON L.L.P.
                                      111 Rockville Pike, Suite 800
                                      Rockville, MD  20850
                                      Telephone: (410) 347-9402
                                      Fax: (410) 223-4302
                                      Email: bstrickland@wtplaw.com
                                      *Proposed Counsel for Debtor and*
                                      *Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January 2021, a copy of the foregoing Notice to Creditors with Disputed, Contingent or Unliquidated Claims was sent by CM/ECF to parties receiving electronic service of notices in this case, and by first-class mail, postage prepaid, to:

CAMAC Fund, LP
c/o Sidney Liebesman, Esq.
Fox Rothschild, LLP
101 Park Avenue, 17th Floor
New York, NY 10178

Berman Tabacco
One Liberty Square, #8A
Boston, MA 02109

/s/ Brent C. Strickland
Brent C. Strickland

*11636571*