IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| **JOHN MCDONNELL MCPHERSON** | *   Case No.:  21-10205-MMH |
| | (Chapter 11) |
| Debtor.   . | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOTICE IS HEREBY GIVEN that the undersigned counsel hereby enters their appearances as counsel on behalf of Camac Fund LP in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in this case be given and served on the undersigned attorneys at the address set forth below:

> Alan M. Grochal, Esquire
> Tydings & Rosenberg, LLP
> 1 East Pratt Street, Suite 901
> Baltimore, Maryland  21202
> Telephone:  (410) 752-9700
> Fax:  (410) 727-5460
> agrochal@tydingslaw.com

PLEASE TAKE FURTHER NOTICE that this Notice of Entry of Appearance and Request for Notices shall not be deemed or construed to be a waiver of any rights, including without limitation the following:  (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) the right to have a trial by jury in any proceeding so triable in this case or any case, controversy or adversary proceeding related to this case, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which

#3720668v.1

2

Creditor may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 27, 2021         /s/ Alan M. Grochal
                                Alan M. Grochal, Bar No. 01447
                                Tydings & Rosenberg LLP
                                1 East Pratt Street, Suite 901
                                Baltimore, MD  21202
                                Telephone:  (410) 752-9700
                                Fax:  (410) 727-5460
                                agrochal@tydingslaw.com
                                *Attorney for Camac Fund LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 27, 2021, a copy of the foregoing Notice of Appearance and Request for Notices was sent via the Court's CM/ECF notification system to:

    Brent Strickland        bstrickland@wtplaw.com

    James Daniel Ford, Jr.    j.dan.ford@usdoj.gov


                                                                  /s/ Alan  M. Grochal
                                                                   Alan M. Grochal

#3720668v.1