**Fill in this information to identify the case:**

Debtor Name  JOHN McDONNELL McPHERSON

United States Bankruptcy Court for the: BALTIMORE   District of MD
(State)

Case number: 21-10205 MMH

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of  12/31/20  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| MIHALY McPHERSON SIGNORELLI LLC | 50% | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.

Debtor Name   John McDonnall McPherson          Case number   21-10205   MMH

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
       MM / DD / YYYY

**For individual Debtors:**

X  /s/ McM _____
Signature of Debtor 1

John McPherson
Printed name of Debtor 1

Date 02 04 2021
     MM / DD / YYYY

X _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
       MM / DD / YYYY

Official Form 426    Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability    page **2**

Debtor Name  JOHN McDONNELL McPHERSON            Case number  21-10205  MMH

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

MIHALY McPHERSON SIGNORELLI LLC

Debtor Name JOHN McDONNELL McPHERSON          Case number 21-10205 HMH

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.]

Describe the source of this information.]

### Mihaly, McPherson, Signorelli LLC (d/b/a MMS Advisors)
### Balance Sheet

*Information provided by MMS Advisors which was compiled from MMS Advisors' Bank Records*
*MMS Advisors uses cash basis accounting method for financial reporting and tax compliance*

|  |  | 12/31/20 | 12/31/19 |
|---|---|---|---|
| **Assets** |  |  |  |
| Cash |  | 163,856.37 | 25,687.28 |
| Building and Other Depreciable |  | 17,528.16 | 17,528.16 |
| Accumulated Depreciation |  | (17,528.16) | (17,528.16) |
| **Total Assets** |  | **167,716.87** | **29,547.78** |
| **Liabilities** |  |  |  |
| Loans from 3rd Parties |  |  |  |
| Danny Mendelson |  | 150,000.00 | 25,000.00 |
| Kim Hinkle (Net) |  | 64,970.00 | 64,970.00 |
| **Equity** |  |  |  |
| McPherson Capital Account |  | 8,203.00 | 8,203.00 |
| Mihaly Capital Account |  | 8,203.00 | 8,203.00 |
| Retained Earnings |  | (76,828.22) | (43,932.75) |
| Net Income |  | 13,169.09 | (32,895.47) |
| **Total Liability and Equity** |  | **167,716.87** | **29,547.78** |

Debtor Name JOHN McDONNELL McPHERSON     Case number 21-10205 MMH

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

| Mihaly, McPherson, Signorelli LLC   (d/b/a MMS Advisors) | | | | |
|---|---|---|---|---|
| Income Statement | | | | |
| *Information provided by MMS Advisors which was compiled from MMS Advisors' Bank Records* | | | | |
| *MMS Advisors uses cash basis accounting method for financial reporting and tax compliance* | | | | |
| | | 12 months | | 12 months |
| | | 12/31/20 | | 12/31/19 |
| | Revenues | 614,100.00 | Revenues | 2,384,154.99 |
| | Subcontract Costs | 150,000.00 | Subcontractor Costs | 981,487.60 |
| | Partner Draws | | Partner Draws | |
| |   J. McPherson Draw | 126,759.87 |   J. McPherson Draw | 1,005,585.00 |
| |   G. Mihaly Draw | 24,763.34 |   G. Mihaly Draw | 343,426.91 |
| | Rent | 45,030.96 | Rent | 27,094.91 |
| | Accounting Svs | 62.00 | Accounting | 1,823.75 |
| | Insurance | 3,773.95 | Insurance | 7,508.88 |
| | Meals | 4,568.91 | Meals | 6,484.99 |
| | Phone | 1,680.00 | Phone/WiFi/Cell | 4,080.00 |
| | Office Supplies | 1,310.73 | Office Expense | 5,912.63 |
| | Travel | 1,614.32 | Travel | 21,289.81 |
| | IT Services | 4,954.36 | IT Services | 11,491.86 |
| | Donation | 265.00 | Development | 864.12 |
| | Data | 350.00 | | |
| | Legal Expense | 232,985.50 | | |
| | Bank Fees | 651.97 | | |
| | Car Insurance | 1,800.00 | | |
| | WiFi | 360.00 | | |
| | Total Expenses | 600,930.91 | Total Expenses | 2,417,050.46 |
| | Net Income (Loss) | 13,169.09 | Net Income (Loss) | (32,895.47) |

Debtor Name JOHN McDONNELL McPHERSON      Case number: 21-10205 MMH

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending** [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b. the prior fiscal year.

| Mihaly, McPherson, Signorelli LLC  (d/b/a MMS Advisors) | | | | |
|---|---|---|---|---|
| **Statement of Cash Flows** | | | | |
| | | | | |
| *Information provided by MMS Advisors which was compiled from MMS Advisors' Bank Records* | | | | |
| *MMS Advisors uses cash basis accounting method for financial reporting and tax compliance* | | | | |
| | | *12 months* | *12 months* | |
| | | 12/31/20 | 12/31/19 | |
| | **Net Income (Loss)** | 13,169.09 | (32,895.47) | |
| | | | | |
| | Loans from 3rd Parties | 125,000.00 | 89,970.00 | |
| | | | | |
| | Loan Repay from John Mcpherson | | (41,558.00) | |
| | | | | |
| | **Net Cash Flow** | 138,169.09 | 15,516.53 | |
| | | | | |
| | Beginning Cash Balance | 25,687.28 | 10,170.75 | |
| | Ending Cash Balance | 163,856.37 | 25,687.28 | |

Debtor Name  JOHN McDONNELL McPHERSON        Case number  21-10205  MMH

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

| Mihaly, McPherson, Signorelli LLC (d/b/a MMS Advisors) Statement of Changes in Partners' Equity (Deficit) | | |
|---|---|---|
| Information provided by MMS Advisors which was compiled from MMS Advisors' Bank Records. MMS Advisors uses cash basis accounting method for financial reporting and tax compliance | | |
|  | 12/31/20 | 12/31/19 |
| **Equity** | | |
| McPherson Capital Account | 8,203.00 | 8,203.00 |
| Mihaly Capital Account | 8,203.00 | 8,203.00 |
| Retained Earnings | (64,659.13) | (76,828.22) |
| **Partners' Deficit** | **(48,253.13)** | **(60,422.22)** |

Debtor Name  JOHN McDONNELL McPHERSON     Case number 21-10205 HMH

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

| |
|---|
| Mihaly, McPherson, Signorelli LLC   (d/b/a MMS Advisors) |
| *The following information is provided by MMS Advisors* |
| John McDonnell McPherson is 50% owner (LLC Member) of MMS Advisors. |
| MMS Advisors is a consulting firm providing forensic accounting and surety support services. It plans to continue providing these services. |

Debtor Name  JOHN McDONNELL McPHERSON     Case number 21-10205 MHH

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

N/A

Debtor Name  JOHN McDONNELL McPHERSON                    Case number  21-10205 MMH

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

N/A

Debtor Name  JOHN McDONNELL McPHERSON       Case number 21-10205  MMH



### Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Debtor Name  JOHN McDONNELL McPHERSON        Case number 21-10205 MMH



**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

PAYMENT OF RETAINER TO ATTORNEYS FOR CH 11 PROFESSIONAL FEES.