United States Bankruptcy Court
District of Maryland

In re:  
John McDonnell McPherson  
    Debtor

Case No. 21-10205-MMH  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: smckenna      Page 1 of 2  
Date Rcvd: Feb 10, 2021      Form ID: pdfparty      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John McDonnell McPherson, 3900 N. Charles Street, Suite 1401, Baltimore, MD 21218-1788 |
| aty | + | Kimberly P. West, Ashcroft Sullivan LLC, 200 State Street 7th Floor, Boston, MA 02109-2696 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Feb 10 2021 19:35:00 | U.S. Trustee, 101 W. Lombard St., STe. 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan M. Grochal | agrochal@tydingslaw.com mfink@tydingslaw.com,jmurphy@tydingslaw.com |
| Brent C. Strickland | bstrickland@wtplaw.com mbaum@wtplaw.com |
| James Daniel (UST) Ford | j.dan.ford@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0416-1 | User: smckenna | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdfparty | Total Noticed: 3 |

Richard L. Costella
    rcostella@tydings.com jmurphy@tydings.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 5

Entered: February 9th, 2021
Signed: February 8th, 2021

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **21−10205 − MMH**    Chapter: **11**

**John McDonnell McPherson**
Debtor

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice filed by Kimberly P. West as counsel for Debtor John McDonnell McPherson, and his/her statements in support thereof, and upon the recommendation of Brent Strickland, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b), the motion is granted.

To receive electronic notices and/or file electronically, Kimberly P. West must register for a CM/ECF filing account on the court's web site at http://www.mdb.uscourts.gov/content/training−and−registration.

cc:  Debtor
     Attorney for Debtor − Brent C. Strickland
     Movant − Kimberly P. West
     U.S. Trustee

**End of Order**

01x01 (rev. 06/16/2015) − larter