IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Baltimore Division)</u>

| | |
|---|---|
| IN RE: | * |
| **JOHN MCDONNELL MCPHERSON,** | *   Case No.: 21-10205-MMH |
| | (Chapter 11) |
| Debtor.       . | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF MOTION OF CAMAC FUND, L.P. FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 TO PERMIT <u>CONTINUATION OF PENDING ARBITRATION PROCEEDING</u>

Camac Fund, L.P. ("Camac"), by its undersigned attorneys, have filed a motion seeking relief from the automatic stay (the "Motion"), pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001, to enable the continuation of a pre-petition arbitration proceeding between Camac and the Debtor that is pending before the American Arbitration Association. Your rights may be affected.

If you do not want the Court to grant the motion for relief from the automatic stay, or if you want the Court to consider your views on the motion, then by **March 5, 2021** you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to Camac's counsel and the Debtor's counsel:

Alan M. Grochal, Esquire
Tydings & Rosenberg LLP
One East Pratt Street
Baltimore, MD 21202

Brent C. Strickland, Esquire
Whiteford, Taylor & Preston, LLP
111 Rockville Pike, Suite 800
Rockville, MD 20850

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above. The hearing on the Motion is scheduled before the Honorable Michelle M. Harner on **April 1, 2021, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Maryland; Courtroom 9-C, 101 W Lombard Street, Baltimore, MD 21202.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

#3736019v.1

DATE: February 19, 2021.                        Respectfully submitted,

                                              /s/ Alan M. Grochal
                                              Alan M. Grochal, Bar. No.: 01477
                                              Richard L. Costella, Bar No. 14095
                                              Tydings & Rosenberg LLP
                                              One East Pratt Street
                                              Baltimore, MD 21202
                                              Tel.: 410.752.9772
                                              Fax: 410.727.5460
                                              Email: rcostella@tydings.com

                                              *Attorneys for Camac Fund, L.P.*

#3736019v.1