**DEBTOR:** John McDonnell McPherson  **CASE NUMBER:** 21-10205

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**
**INDIVIDUAL DEBTORS**

☐ Check if this is an amended report.

**COVER SHEET AND QUESTIONNAIRE - FORM 3**

For Period from: 2/1/21   to   2/28/21

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts open during any day during the period**
(remember to redact all but the last four digits of bank account number)

### QUESTIONNAIRE

Please answer the questions below for the month being reported:

|  | Yes | No |
|---|---|---|
| 1. Did you deposit all receipts into your DIP account this month? |  | ✓ |
| 1a. If no, explain. Paid $2000 in support from MMM account while awaiting DIP checks and deposit slips | | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 2a. If no, explain.** | | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ✓ | |
| 3a. If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ✓ |
| 5a. If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? | | ✓ |
| 7a. If yes, when will they be closed? | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 3/19/21

Signature (Debtor): *[signature]*
Print name: John McDonnell McPherson

Signature (Co-Debtor):
Print name:

PAGE 1
Rev. 2017-04

Individual MOR 2017-04(form).xlsx

**DEBTOR:** John McDonnell McPherson   **CASE NUMBER:** 21-10205

**For Period from:** 2/1/21 **to** 2/28/21

**CASH FLOW SUMMARY (SEE NOTE A)**
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

1. **Beginning Cash Balance**    $ 980.05 (1) A

2. **Cash Receipts**

   | | | |
   |---|---:|---|
   | Wages | $ | |
   | Sole Proprietorship Revenues | | |
   | Draws from owned entities other than Sole Prop | 12,000.00 | |
   | Rental Income | | |
   | Other | | |
   | Other | | |
   | Total Cash Receipts for the month | $ 12,000.00 | B |

3. **Cash Disbursements**

   | | | |
   |---|---:|---|
   | Primary residence: Rent or home mortgage payment $ | 0.00 | |
   | Utilities and Communication related Expenses | | |
   | Home maintenance (repairs/upkeep/association dues) | | |
   | Food / Groceries / Housekeeping supplies | 152.83 | |
   | Restaurants/Entertainment/Recreation | 112.53 | |
   | Clothing / Laundry / Personal Care | | |
   | Charitable and Religious Contributions | | |
   | Insurance payments | 596.77 | |
   | Installment payments (including car payments) | | |
   | Transportation related (gas, parking, tolls) | | |
   | Alimony, maintenance, support of others | 0.00 | |
   | Legal / Professional Fees / U.S. Trustee Fees | | |
   | Sole Proprietorship Expenses | | |
   | Rental Property related: mortgages / expenses / repairs | | |
   | Other | | |
   | Other | | |
   | Other | | |
   | Other | | |
   | Miscellaneous | 35.19 | |
   | Total Cash Disbursements for the month | $ 897.32 | C |

4. **Net Cash Flow for Month**
   (Total Cash Receipts less Total Cash Disbursements)   (B - C)   11,102.68   D

5. **Ending Cash Balance**   (A + D) $   12,082.73   E

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---:|
| Total Disbursements for the Month (from above) | 897.32 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 897.32 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

PAGE 2
Rev. 2017-04

**DEBTOR:** John McDonnell McPherson            **Case Number:** 21-10205

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 2/28/21 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Bank of Essex | | | |
| Last four digits of account | 5288 | | | |
| Purpose of Acct (Personal or Business) | Personal - DIP | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Period | 12,082.73 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 12,082.73 | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

| | No | Yes |
|---|---|---|
| Are post petition mortgage payments current? | | ✓ |
| Do you have other past due post petition bills? | ✓ | |
| If yes, how much do you owe, including past due mortgage payments? | | $ |

*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

| | No | Yes |
|---|---|---|
| Does anyone owe you any money? | ✓ | |
| If yes, how much is owed to you? | | $ |

*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| See attached supplemental schedule of cash activity |
| |
| |
| |
| |
| |

PAGE 3
Rev. 2017-04

**DEBTOR:** John McDonnell McPherson   **CASE #:** 21-10205

## CASH RECEIPTS DETAIL

*The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: 2/1/21 to 2/28/21
(attach additional sheets as necessary)

Bank Name: **Bank of Essex**   Last four digits of account number: 5288

A. *For each counter deposit made during the period, record the following information:*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 2/21/21 | MMS Advisors, LLC | Draw | 12,000.00 |

B. *For direct deposits to your account which identify the source of the deposit, just record the grand total of all of these deposits.*

C. *Deduct transfers between accounts made to this account included in Section A or B above.*

**Total Cash Receipts** $ 12,000.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:** John McDonnell McPherson     **CASE #:** 21-10205

## CASH DISBURSEMENTS DETAIL

*The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period: 2/1/21 to 2/28/21
(attach additional sheets as necessary)

Bank Name: **Bank of Essex**     Last four digits of account number: 5288

A. For all <u>checks written</u>, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           |       |                       |        |

B. For <u>direct debits</u> to your account which identify the who is being paid, just record the grand total of all of these withdrawals     **897.32**

C. Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.

**Total Cash Disbursements** $ **897.32**
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** John McDonnell McPherson           **Case #:** 21-10205

**Date Case was filed:** 1/12/21

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

Year: 2021

| | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
|---|---|---|---|---|---|---|
| Jan | 0 | 3,345 | -3,345 | | | 0 |
| Feb | 12,000 | 897 | 11,103 | | | 0 |
| Mar | | | 0 | | | 0 |
| Apr | | | 0 | | | 0 |
| May | | | 0 | | | 0 |
| Jun | | | 0 | | | 0 |
| Jul | | | 0 | | | 0 |
| Aug | | | 0 | | | 0 |
| Sep | | | 0 | | | 0 |
| Oct | | | 0 | | | 0 |
| Nov | | | 0 | | | 0 |
| Dec | | | 0 | | | 0 |
| TOTAL | 12,000 | 4,242 | 7,758 | 0 | 0 | 0 |

PAGE 6
Rev. 2017-04

Bank Account Statement



PO Box 965
Tappahannock, VA 22560

ESBK    Temp-Return Service Requested

(800) 435-5524
EssexBank.com

| Statement Summary | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 03/05/21 |
| Page | 1 of 5 |

009489 1.0500 AB 0.428    TR00040

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

## FREE CHECKING — Account: XXXXXXXX5288

### Account Summary

| FREE CHECKING | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | XXXXXXXX5288 | Statement Dates | 2/08/21 thru 3/07/21 |
| Previous Balance | $980.05 | Days in the Statement Period | 28 |
| 2 Deposits/Credits | $16,000.00 | Average Ledger | $4,867.52 |
| 62 Checks/Debits | $14,622.92 | Average Collected | $4,867.52 |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| Current Balance | $2,357.13 | | |

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Transactions

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 2/22 | DBT CRD 1527 02/21/21 36622974 TUPELO HONEY L010 ARLINGTON VA C#8025 | | $75.17 | | $904.88 |
| 2/22 | POS DEB 1748 02/19/21 00746877 EDDIE S OF ROLAND PARK 5113 ROLAND AVE BALTIMORE MD C#8025 | | $46.93 | | $857.95 |
| 2/22 | DBT CRD 1254 02/21/21 44039401 GUILFORD CMF BALTIMORE MD C#8025 | | $26.86 | | $831.09 |
| 2/22 | DBT CRD 0859 02/22/21 03521791 TST* THB BAGLERY & DEL BALTIMORE MD C#8025 | | $6.36 | | $824.73 |
| 2/22 | DBT CRD 1019 02/20/21 51425967 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $5.51 | | $819.22 |
| 2/22 | DBT CRD 0901 02/22/21 04991787 TST* THB BAGLERY & DEL BALTIMORE MD C#8025 | | $5.19 | | $814.03 |
| 2/22 | DBT CRD 1825 02/21/21 43195395 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $812.43 |
| 2/22 | DBT CRD 2047 02/21/21 64645430 CMSVEND*CV | | $1.60 | | $810.83 |

**Continued on Next Page**



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account XXXXXXXX5288
Statement Date 03/05/21
Page 2 of 5

### FREE CHECKING

Account: XXXXXXXX5288

**Transactions (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/22 | DBT CRD 1446 02/20/21 11894028 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $809.48 |
| 2/23 | DEPOSIT | | | $12,000.00 | $12,809.48 |
| 2/23 | DBT CRD 1706 02/22/21 95901949 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $11.10 | | $12,798.38 |
| 2/23 | DBT CRD 0945 02/22/21 31350909 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $12,796.53 |
| 2/23 | DBT CRD 1622 02/22/21 69420925 USA*CANTEEN HANOVER MD C#8025 | | $1.60 | | $12,794.93 |
| 2/23 | DBT CRD 2016 02/22/21 45804710 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $12,793.33 |
| 2/24 | DBT CRD 1318 02/22/21 59250500 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $37.56 | | $12,755.77 |
| 2/24 | DBT CRD 0839 02/23/21 91760821 ROYALFARMS 35 BALTIMORE MD C#8025 | | $8.98 | | $12,746.79 |
| 2/24 | DBT CRD 2137 02/23/21 94672109 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $12,745.19 |
| 2/24 | DBT CRD 1658 02/23/21 90960594 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $12,743.84 |
| 2/25 | DBT CRD 1706 02/24/21 95685583 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $56.09 | | $12,687.75 |
| 2/25 | DBT CRD 0924 02/24/21 18402522 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $12,685.90 |
| 2/25 | DBT CRD 1807 02/24/21 32504139 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $12,684.55 |
| 2/26 | CD PREMIUM CAREFIRST BCBS PPD 091000017762339 | | $596.77 | | $12,087.78 |
| 2/26 | DBT CRD 0952 02/25/21 35709511 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $12,085.93 |
| 2/26 | DBT CRD 1359 02/25/21 83991591 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $12,084.08 |
| 2/26 | DBT CRD 0952 02/25/21 35462054 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $12,082.73 |
| 3/01 | PAYMENT CHRYSLER CAPITAL TEL 021000022793053 | | $419.99 | | $11,662.74 |
| 3/01 | DBT CRD 1831 02/26/21 46654761 HOPKINS DELI BALTIMORE MD C#8025 | | $51.26 | | $11,611.48 |
| 3/01 | POS DEB 1743 02/26/21 16077232 THE UPS STORE #5373 841 E FORT AVE BALTIMORE MD C#8025 | | $35.19 | | $11,576.29 |
| 3/01 | POS DEB 1714 02/27/21 00172493 EDDIE S OF ROLAND PARK 5113 ROLAND AVE BALTIMORE MD C#8025 | | $30.22 | | $11,546.07 |
| 3/01 | DBT CRD 1329 02/25/21 65842234 SHOTTIS POINT BALTIMORE MD C#8025 | | $30.00 | | $11,516.07 |
| 3/01 | DBT CRD 1130 02/27/21 94546846 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $5.51 | | $11,510.56 |
| 3/01 | POS DEB 1232 02/27/21 46939898 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $3.25 | | $11,507.31 |
| 3/01 | DBT CRD 0925 02/26/21 19105088 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $11,505.46 |
| 3/01 | DBT CRD 2051 02/28/21 67062918 CMSVEND*CV | | $1.60 | | $11,503.86 |



**Continued on Next Page**



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account: XXXXXXXX5288
Statement Date: 03/05/21
Page: 3 of 5

## FREE CHECKING

Account: XXXXXXXX5288

### Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 3/01 | DBT CRD 0924 02/26/21 18933825 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $11,502.51 |
| 3/01 | DBT CRD 1711 02/26/21 98754137 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,501.16 |
| 3/01 | DBT CRD 1216 02/28/21 22183082 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,499.81 |
| 3/02 | DEPOSIT | | | $4,000.00 | $15,499.81 |
| 3/02 | DBT CRD 1831 03/01/21 45100219 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $54.03 | | $15,445.78 |
| 3/02 | DBT CRD 1841 03/01/21 52676081 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $9.14 | | $15,436.64 |
| 3/02 | DBT CRD 1322 03/01/21 61397858 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $15,434.79 |
| 3/02 | DBT CRD 2139 03/01/21 95972676 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $15,433.19 |
| 3/02 | DBT CRD 2139 03/01/21 95798849 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $15,431.84 |
| 3/02 | CASHED CHECK | 1004 | $3,500.00 | | $11,931.84 |
| 3/03 | DBT CRD 1038 03/01/21 63179016 COLPARK LOC 573 ROCKVILLE MD C#8025 | | $8.00 | | $11,923.84 |
| 3/03 | DBT CRD 0941 03/02/21 28757929 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $11,921.99 |
| 3/03 | DBT CRD 2108 03/02/21 77162980 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $11,920.39 |
| 3/03 | DBT CRD 1750 03/02/21 22357775 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,919.04 |
| 3/03 | DBT CRD 2109 03/02/21 77462694 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,917.69 |
| 3/03 | CASHED CHECK | 1005 | $3,500.00 | | $8,417.69 |
| 3/04 | DBT CRD 1530 03/02/21 38011883 SHOTTIS POINT BALTIMORE MD C#8025 | | $35.44 | | $8,382.25 |
| 3/04 | DBT CRD 2101 03/03/21 72989571 HOPKINS DELI BALTIMORE MD C#8025 | | $7.27 | | $8,374.98 |
| 3/04 | DBT CRD 1534 03/02/21 40843967 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,373.13 |
| 3/04 | DBT CRD 0945 03/03/21 31034438 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,371.28 |
| 3/04 | DBT CRD 0944 03/03/21 30874870 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $8,369.93 |
| 3/05 | DBT CRD 1322 03/03/21 61548996 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,368.08 |
| 3/05 | DBT CRD 1049 03/04/21 69525233 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,366.23 |
| 3/05 | DBT CRD 1402 03/04/21 85210235 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,364.38 |
| 3/05 | DBT CRD 2004 03/04/21 38960989 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $8,362.53 |
| 3/05 | DBT CRD 1048 03/04/21 69368484 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $8,361.18 |
| 3/05 | DBT CRD 1637 03/04/21 78799334 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,359.83 |

Continued on Next Page

 JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account: XXXXXXXX5288
Statement Date: 03/05/21
Page: 4 of 5

## FREE CHECKING

Account: XXXXXXXX5288

### Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 3/05 | DBT CRD 1805 03/04/21 31317528 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,358.48 |
| 3/05 | DBT CRD 2006 03/04/21 39759573 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,357.13 |
| 3/05 | CASHED CHECK | 1006 | $6,000.00 | | $2,357.13 |

### Summary of Deposits and Additions

| Date | Amount | Date | Amount |
|---|---|---|---|
| 2/23 | $12,000.00 | 3/02 | $4,000.00 |

### Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 3/02 | 1004 | $3,500.00 | 3/05 | 1006 | $6,000.00 |
| 3/03 | 1005 | $3,500.00 | | | |

* Indicates a gap in the check number sequence



ESBK-004-009489-001-003-210308 009489 S03



JEN MCPHERSON
DEBTOR IN POSSESSION 21-10205
2900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account    XXXXXXXX5288
Statement Date    03/05/21
Page    4 of 5

## FREE CHECKING    Account: XXXXXXXX5288

### Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 3/05 | DBT CRD 1805 03/04/21 31317528 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,358.48 |
| 3/05 | DBT CRD 2006 03/04/21 39759573 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,357.13 |
| 3/05 | CASHED CHECK | 1006 | $6,000.00 | | $2,357.13 |

### Summary of Deposits and Additions

| Date | Amount | Date | Amount |
|---|---|---|---|
| 2/23 | $12,000.00 | 3/02 | $4,000.00 |

### Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 3/02 | 1004 | $3,500.00 | 3/05 | 1006 | $6,000.00 |
| 3/03 | 1005 | $3,500.00 | | | |

* Indicates a gap in the check number sequence



Date 03/05/21   Page 5 of 5
Primary Acct No.   XXXXXXXX5258



03/02/2021     1004     $3500.00



03/03/2021     1005     $3500.00

03/05/2021     1006     $6000.00

ESBK-004-009489-001-003-210308 009489 S03

Supplemental Schedule of Cash Activity

Monthly Operating Report
Supplemental Schedule of Cash Activity
John M McPherson
21-10205

February, 1 2021 to February 28, 2021

| | Date | DIP Bank Account | Cash On Hand | Other | Amount | Comments |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | |
| DIP Account | | 980.05 | | | 980.05 | Opening DIP Account Balance - 1/29/2021 |
| Cash on Hand | | | 750.00 | - | 750.00 | Cash on Hand - 2/1/21 |
| Total | | 980.05 | 750.00 | - | 1,730.05 | |
| **Cash Receipts** | | | | | | |
| Draws from MMS | 2/22/2021 | 12,000.00 | | | 12,000.00 | Deposited - 2/23/21 |
| Payment from MMS to Spouse | 2/11/2021 | | | 2,000.00 | 2,000.00 | Transferred from MMS - 2/11/21 |
| Total | | 12,000.00 | - | 2,000.00 | 14,000.00 | |
| **Cash Disbursements** | | | | | | |
| Primary Residence - Rent | 2/21/2021 | 3,500.00 | | | 3,500.00 | Outstanding Check - Cleared 3/2/2021 |
| Utilities and Communications | | | | | - | |
| Home Maintenance | | | | | - | |
| Food / Groceries / Housecleaning Supplies | Various | 152.83 | 440.00 | | 592.83 | |
| Restaurant/ Entertainment / Recreation | Various | 112.73 | | | 112.73 | |
| Clothing / Laundry / Personal Care | | | | | - | |
| Charitable and Religious Contributions | | | | | - | |
| Insurance Payments - Care First | 2/26/2021 | 596.77 | | | 596.77 | |
| Installment Payments - Chrysler | 2/26/2021 | 419.97 | | | 419.97 | Outstanding Check By Phone - Cleared 3/1/2021 |
| Transporation Related (gas, parking, tolls) | Various | | 60.00 | | 60.00 | |
| Alimony, maintenance, support of others | 2/21/2021 | 6,000.00 | | 2,000.00 | 8,000.00 | Outstanding Check - Cleared 3/5/2021 |
| Legal / Professional / U. S. Trustee | | - | | | - | |
| Sole Proprietorship Expenses | | - | | | - | |
| Rental Property Related | | - | | | - | |
| Other | | - | | | - | |
| Miscellaneous | | 35.19 | | | 35.19 | |
| Total | | 10,817.49 | 500.00 | 2,000.00 | 13,317.49 | |
| **Ending Cash Balance** | | | | | | |
| DIP Account | | 2,162.56 | - | | 2,162.76 | |
| Cash on Hand | | - | 250.00 | | 250.00 | |
| Total | | 2,162.56 | 250.00 | | 2,412.76 | |

Notes:
DIP bank account activity adjusted to reflect outstanding checks / payments by phone - reflected in bank account statement subsequent to 2/28/21.
Cash on Hand reflects cash balances and disbursements during the period.
Other activity reflects transfer of $2,000 on 2/11/21 from MMS account to spouse while awaiting checks / deposit slips from newly opened DIP account.