# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **JOHN MCDONNELL MCPHERSON,** | * | Case No.: 21-10205-MMH |
| | | (Chapter 11) |
| Debtor.    . | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE SUBMITTING EXHIBITS AND EXHIBIT LIST

Camac Fund, LP ("Camac"), by and through its undersigned counsel, Alan M. Grochal, Richard L. Costella, and Tydings & Rosenberg LLP, hereby files its Exhibit List and Exhibits for the hearing to be held on April 1, 2021 in the above-referenced case on Camac's Motion for Relief from the Automatic Stay filed on February 19, 2021 (Dkt. No.: 36).

Dated: March 25, 2021.                    Respectfully Submitted,

                                                        /s/ Richard L. Costella
                                                        Alan M. Grochal, Bar No.: 01477
                                                        Richard L. Costella, Bar No.: 14095
                                                        Tydings & Rosenberg LLP
                                                        One E. Pratt Street, Suite 901
                                                        Baltimore, Maryland 21202
                                                        Phone: (410) 752-9753
                                                        Fax: (410) 727-5460
                                                        Email: agrochal@tydings.com
                                                                  rcostella@tydings.com

*Attorneys for Camac Fund, L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February, 2021, copies of the foregoing *LINE* was served via the Court's ECF filing system on the following:

Brent C. Strickland, Esq.
Paul M. Nussbaum, Esq.
Whiteford Taylor & Preston, LLP
111 Rockville Pike, Suite 800
Rockville, Maryland 20850
bstrickland@wtplaw.com
pnussbaum@wtplaw.com

James Daniel Ford, Jr. (UST)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
j.dan.ford@usdoj.gov

                                              /s/ Richard L. Costella
                                              Richard L. Costella