**DEBTOR:** John McDonnell McPherson          **CASE NUMBER:** 21-10205

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11          ☐ **Check if this is an**
INDIVIDUAL DEBTORS                                              **amended report.**

COVER SHEET AND QUESTIONNAIRE - FORM 3

For Period from:    3/1/21      to      3/31/21

---

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

---

### REQUIRED REPORTS / DOCUMENTS

1 Cash Flow Statement (Page 2)

2 Cash Reconciliation(s) and Narrative (Page 3)

3 Cash Receipts Detail (Page 4)

4 Cash Disbursements Detail (Page 5)

5 Receipts and Disbursements Recap Case to Date (Page 6)

6 **Bank Statements for All Bank Accounts <u>open during any day during the period</u>**
   (remember to redact all but the last four digits of bank account number)

---

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | ✓ | |
| 1a.  If no, explain. | | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 2a.  If no, explain.** | | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ✓ | |
| 3a.  If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ✓ |
| 5a.  If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? | | ✓ |
| 7a.  If yes, when will they be closed? | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.**

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on:    3/30/21          Signature (Debtor):
                                              Print name:          John McDonnell McPherson

                                              Signature (Co-Debtor):
                                              Print name:

DEBTOR: John McDonnell McPherson          CASE NUMBER: 21-10205

For Period from: 3/1/21    to    3/31/21

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | | |
|---|---|---|---|
| 1. **Beginning Cash Balance** | | $ 12,082.73 | (1) A |
| 2. **Cash Receipts** | | | |
| Wages | $ | | |
| Sole Proprietorship Revenues | | | |
| Draws from owned entities other than Sole Prop | 11,500.00 | | |
| Rental Income | | | |
| Other | | | |
| Other | | | |
| Total Cash Receipts for the month | | $ 11,500.00 | B |
| 3. **Cash Disbursements** | | | |
| Primary residence: Rent or home mortgage payment | $ 7,000.00 | | |
| Utilities and Communication related Expenses | | | |
| Home maintenance (repairs/upkeep/association dues) | | | |
| Food / Groceries / Housekeeping supplies | 797.75 | | |
| Restaurants/Entertainment/Recreation | 388.02 | | |
| Clothing / Laundry / Personal Care | | | |
| Charitable and Religious Contributions | | | |
| Insurance payments | 935.22 | | |
| Installment payments (including car payments) | 839.98 | | |
| Transportation related (gas, parking, tolls) | 55.00 | | |
| Alimony, maintenance, support of others | 12,000.00 | | |
| Legal / Professional Fees / U.S. Trustee Fees | | | |
| Sole Proprietorship Expenses | | | |
| Rental Property related: mortgages / expenses / repairs | | | |
| Other | | | |
| Other | | | |
| Other | | | |
| Other | | | |
| Miscellaneous | 237.94 | | |
| Total Cash Disbursements for the month | | $ 22,253.91 | C |
| 4. **Net Cash Flow for Month** | | | |
| (Total Cash Receipts less Total Cash Disbursements) | (B - C) | -10,753.91 | D |
| 5. **Ending Cash Balance** | (A + D) $ | 1,328.82 | E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 22,253.91 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | 22,253.91 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

**DEBTOR:** John McDonnell McPherson          **Case Number:** 21-10205

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 3/31/21 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Essex Bank | | | |
| Last four digits of account | 5288 | | | |
| Purpose of Acct (Personal or Business) | Personal - DIP | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Period | 1,328.82 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 1,328.82 | |

**Note: Attach a copy of the bank statement and bank reconciliation for every account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.**

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Are post petition mortgage payments current?          No ☐          Yes ✓

Do you have other past due post petition bills?          No ✓          Yes ☐

If yes, how much do you owe, including past due mortgage payments?          $ ☐
*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?          No ✓          Yes ☐

If yes, how much is owed to you?          $ ☐
*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| See Last Month's MOR for Details of Prior Month's Payments That Cleared In March 2021. |
| |
| |
| |
| |
| |
| |

**DEBTOR:** ___John McDonnell McPherson___     **CASE #:** ___21-10205___

## CASH RECEIPTS DETAIL

| The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. |
| --- |

For Period: ___3/1/21___ **to** ___3/31/21___
(attach additional sheets as necessary)

Bank Name ___Essex Bank___     Last four digits of account number ___5288___

A. For each _counter deposit_ made during the period, record the following information:

| Date | Payer | Description | Amount |
| --- | --- | --- | --- |
| 3/2/21 | MMS Advisors, LLC | Draw | 4,000.00 |
| 3/16/21 | MMS Advisors, LLC | Draw | 4,000.00 |
| 3/19/21 | MMS Advisors, LLC | Draw | 3,500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

B. For _direct deposits_ to your account which identify the source of the deposit, just record the grand total of all of these deposits.     _____

C. Deduct _transfers_ between accounts made to this account included in Section A or B above.     _____

**Total Cash Receipts**     $ 11,500.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:**   John McDonnell McPherson          **CASE #:**   21-10205

## CASH DISBURSEMENTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period: 3/1/21 to 3/31/21
(attach additional sheets as necessary)

Bank Name   **Essex Bank**          Last four digits of account number   **5288**

A.   For all *checks written*, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 3/2/21 | 1004 | The Social at North Charles | Rent | 3,500.00 |
| 3/4/21 | 1005 | The Social at North Charles | Rent | 3,500.00 |
| 3/5/21 | 100C | Katrina McPherson | Support | 6,000.00 |
| 3/23/21 | 1007 | Katrina McPherson | Support | 6,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B.   For *direct debits* to your account which identify the who is being paid, just record the grand total of all of these withdrawals          3,253.91

C.   Deduct *transfers* between accounts made to this account included in Section A or B above.          _____

**Total Cash Disbursements**   $   22,253.91
This total should agree with Page 2

PAGE 5
Rev. 2017-04

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** John McDonnell McPherson          **Case #:** 21-10205

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

|  | **Year: 2021** | | | | **Year:** | | |
|---|---|---|---|---|---|---|---|
|  | **Receipts** | **Disb** | **Net** | | **Receipts-2** | **Disb-2** | **Net-2** |
| Jan | 0 | 3,345 | -3,345 | | | | 0 |
| Feb | 12,000 | 897 | 11,103 | | | | 0 |
| Mar | 11,500 | 22,253 | -10,753 | | | | 0 |
| Apr | | | 0 | | | | 0 |
| May | | | 0 | | | | 0 |
| Jun | | | 0 | | | | 0 |
| Jul | | | 0 | | | | 0 |
| Aug | | | 0 | | | | 0 |
| Sep | | | 0 | | | | 0 |
| Oct | | | 0 | | | | 0 |
| Nov | | | 0 | | | | 0 |
| Dec | | | 0 | | | | 0 |
| TOTAL | 23,500 | 26,495 | -2,995 | | 0 | 0 | 0 |

PAGE 6
Rev. 2017-04

Bank Account Statement

 **Essex Bank**

(800) 4[3 5524
EssexBank.com

PO Box 965
Tappahannock, VA 22560

ESBK    **Temp-Return Service Requested**

009489

ESBK-004-009489-001-003-210308 009489 S03
21218175699

| Statement Summary | |
|---|---|
| Account | **XXXXXXXX5288** |
| Statement Date | **03/05/21** |
| Page | **1 of 5** |



009489 1.0500 AB 0.428    TR00040

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

## FREE CHECKING
**Account: XXXXXXXX5288**

### Account Summary

| | | | |
|---|---|---|---|
| FREE CHECKING | | Number of Enclosures | 3 |
| Account Number | XXXXXXXX5288 | Statement Dates | 2/08/21 thru 3/07/21 |
| Previous Balance | $980.05 | Days in the Statement Period | 28 |
| 2 Deposits/Credits | $16,000.00 | Average Ledger | $4,867.52 |
| 62 Checks/Debits | $14,622.92 | Average Collected | $4,867.52 |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| Current Balance | $2,357.13 | | |

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Transactions

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 2/22 | DBT CRD 1527 02/21/21 36622974 TUPELO HONEY L010 ARLINGTON VA C#8025 | | $75.17 | | $904.88 |
| 2/22 | POS DEB 1748 02/19/21 00746877 EDDIE S OF ROLAND PARK 5113 ROLAND AVE BALTIMORE MD C#8025 | | $46.93 | | $857.95 |
| 2/22 | DBT CRD 1254 02/21/21 44039401 GUILFORD CMF BALTIMORE MD C#8025 | | $26.86 | | $831.09 |
| 2/22 | DBT CRD 0859 02/22/21 03521791 TST* THB BAGLERY & DEL BALTIMORE MD C#8025 | | $6.36 | | $824.73 |
| 2/22 | DBT CRD 1019 02/20/21 51425967 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $5.51 | | $819.22 |
| 2/22 | DBT CRD 0901 02/22/21 04991787 TST* THB BAGLERY & DEL BALTIMORE MD C#8025 | | $5.19 | | $814.03 |
| 2/22 | DBT CRD 1825 02/21/21 43195395 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $812.43 |
| 2/22 | DBT CRD 2047 02/21/21 64645430 CMSVEND*CV | | $1.60 | | $810.83 |

 **Continued on Next Page**



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 03/05/21 |
| Page | 2 of 5 |



| FREE CHECKING | | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|

**Transactions (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/22 | DBT CRD 1446 02/20/21 11894028 CMSVEND*CV | | $1.35 | | $809.48 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/23 | DEPOSIT | | | $12,000.00 | $12,809.48 |
| 2/23 | DBT CRD 1706 02/22/21 95901949 ROYAL FARMS 92 | | $11.10 | | $12,798.38 |
| | BALTIMORE MD C#8025 | | | | |
| 2/23 | DBT CRD 0945 02/22/21 31350909 USA*CANTEEN | | $1.85 | | $12,796.53 |
| | HANOVER MD C#8025 | | | | |
| 2/23 | DBT CRD 1622 02/22/21 69420925 USA*CANTEEN | | $1.60 | | $12,794.93 |
| | HANOVER MD C#8025 | | | | |
| 2/23 | DBT CRD 2016 02/22/21 45804710 CMSVEND*CV | | $1.60 | | $12,793.33 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/24 | DBT CRD 1318 02/22/21 59250500 LIMONCELLO - | | $37.56 | | $12,755.77 |
| | BALTIMORE 410-7080136 MD C#8025 | | | | |
| 2/24 | DBT CRD 0839 02/23/21 91760821 ROYALFARMS 35 | | $8.98 | | $12,746.79 |
| | BALTIMORE MD C#8025 | | | | |
| 2/24 | DBT CRD 2137 02/23/21 94672109 CMSVEND*CV | | $1.60 | | $12,745.19 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/24 | DBT CRD 1658 02/23/21 90960594 CMSVEND*CV | | $1.35 | | $12,743.84 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/25 | DBT CRD 1706 02/24/21 95685583 EDDIE S OF | | $56.09 | | $12,687.75 |
| | ROLAND P BALTIMORE MD C#8025 | | | | |
| 2/25 | DBT CRD 0924 02/24/21 18402522 USA*CANTEEN | | $1.85 | | $12,685.90 |
| | HANOVER MD C#8025 | | | | |
| 2/25 | DBT CRD 1807 02/24/21 32504139 CMSVEND*CV | | $1.35 | | $12,684.55 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 2/26 | CD PREMIUM CAREFIRST BCBS PPD | | $596.77 | | $12,087.78 |
| | 091000017762339 | | | | |
| 2/26 | DBT CRD 0952 02/25/21 35709511 USA*CANTEEN | | $1.85 | | $12,085.93 |
| | HANOVER MD C#8025 | | | | |
| 2/26 | DBT CRD 1359 02/25/21 83991591 USA*CANTEEN | | $1.85 | | $12,084.08 |
| | HANOVER MD C#8025 | | | | |
| 2/26 | DBT CRD 0952 02/25/21 35462054 USA*CANTEEN | | $1.35 | | $12,082.73 |
| | HANOVER MD C#8025 | | | | |
| 3/01 | PAYMENT CHRYSLER CAPITAL TEL | | $419.99 | | $11,662.74 |
| | 021000022793053 | | | | |
| 3/01 | DBT CRD 1831 02/26/21 46654761 HOPKINS DELI | | $51.26 | | $11,611.48 |
| | BALTIMORE MD C#8025 | | | | |
| 3/01 | POS DEB 1743 02/26/21 16077232 THE UPS STORE | | $35.19 | | $11,576.29 |
| | #5373 841 E FORT AVE BALTIMORE MD C#8025 | | | | |
| 3/01 | POS DEB 1714 02/27/21 00172493 EDDIE S OF | | $30.22 | | $11,546.07 |
| | ROLAND PARK 5113 ROLAND AVE BALTIMORE MD | | | | |
| | C#8025 | | | | |
| 3/01 | DBT CRD 1329 02/25/21 65842234 SHOTTIS POINT | | $30.00 | | $11,516.07 |
| | BALTIMORE MD C#8025 | | | | |
| 3/01 | DBT CRD 1130 02/27/21 94546846 SIMON S BAKERY | | $5.51 | | $11,510.56 |
| | LLC COCKEYSVILLE MD C#8025 | | | | |
| 3/01 | POS DEB 1232 02/27/21 46939898 QUICK MART 576 | | $3.25 | | $11,507.31 |
| | CRANBROOK RD COCKEYSVILLE MD C#8025 | | | | |
| 3/01 | DBT CRD 0925 02/26/21 19105088 USA*CANTEEN | | $1.85 | | $11,505.46 |
| | HANOVER MD C#8025 | | | | |
| 3/01 | DBT CRD 2051 02/28/21 67062918 CMSVEND*CV | | $1.60 | | $11,503.86 |

ESBK-004-009489-001-003-210308 009489   S03

 **Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| Account | XXXXXXXX5288 |
|---|---|
| Statement Date | 03/05/21 |
| Page | 3 of 5 |

| **FREE CHECKING** | | | | **Account: XXXXXXXX5288** |
|---|---|---|---|---|

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/01 | DBT CRD 0924 02/26/21 18933825 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $11,502.51 |
| 3/01 | DBT CRD 1711 02/26/21 98754137 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,501.16 |
| 3/01 | DBT CRD 1216 02/28/21 22183082 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,499.81 |
| 3/02 | DEPOSIT | | | $4,000.00 | $15,499.81 |
| 3/02 | DBT CRD 1831 03/01/21 45100219 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $54.03 | | $15,445.78 |
| 3/02 | DBT CRD 1841 03/01/21 52676081 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $9.14 | | $15,436.64 |
| 3/02 | DBT CRD 1322 03/01/21 61397858 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $15,434.79 |
| 3/02 | DBT CRD 2139 03/01/21 95972676 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $15,433.19 |
| 3/02 | DBT CRD 2139 03/01/21 95798849 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $15,431.84 |
| 3/02 | CASHED CHECK | 1004 | $3,500.00 | | $11,931.84 |
| 3/03 | DBT CRD 1038 03/01/21 63179016 COLPARK LOC 573 ROCKVILLE MD C#8025 | | $8.00 | | $11,923.84 |
| 3/03 | DBT CRD 0941 03/02/21 28757929 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $11,921.99 |
| 3/03 | DBT CRD 2108 03/02/21 77162980 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $11,920.39 |
| 3/03 | DBT CRD 1750 03/02/21 22357775 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,919.04 |
| 3/03 | DBT CRD 2109 03/02/21 77462694 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $11,917.69 |
| 3/03 | CASHED CHECK | 1005 | $3,500.00 | | $8,417.69 |
| 3/04 | DBT CRD 1530 03/02/21 38011883 SHOTTIS POINT BALTIMORE MD C#8025 | | $35.44 | | $8,382.25 |
| 3/04 | DBT CRD 2101 03/03/21 72989571 HOPKINS DELI BALTIMORE MD C#8025 | | $7.27 | | $8,374.98 |
| 3/04 | DBT CRD 1534 03/02/21 40843967 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,373.13 |
| 3/04 | DBT CRD 0945 03/03/21 31034438 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,371.28 |
| 3/04 | DBT CRD 0944 03/03/21 30874870 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $8,369.93 |
| 3/05 | DBT CRD 1322 03/03/21 61548996 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,368.08 |
| 3/05 | DBT CRD 1049 03/03/21 69525233 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,366.23 |
| 3/05 | DBT CRD 1402 03/04/21 85210235 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,364.38 |
| 3/05 | DBT CRD 2004 03/04/21 38960989 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $8,362.53 |
| 3/05 | DBT CRD 1048 03/04/21 69368484 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $8,361.18 |
| 3/05 | DBT CRD 1637 03/04/21 78799334 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,359.83 |

Continued on Next Page



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 03/05/21 |
| Page | 4 of 5 |

**FREE CHECKING**                                          Account: XXXXXXXX5288

## Transactions  (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 3/05 | DBT CRD 1805 03/04/21 31317528 CMSVEND*CV | | $1.35 | | $8,358.48 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/05 | DBT CRD 2006 03/04/21 39759573 CMSVEND*CV | | $1.35 | | $8,357.13 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/05 | CASHED CHECK | 1006 | $6,000.00 | | $2,357.13 |

## Summary of Deposits and Additions

| Date | Amount | Date | Amount |
|---|---|---|---|
| 2/23 | $12,000.00 | 3/02 | $4,000.00 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 3/02 | 1004 | $3,500.00 | 3/05 | 1006 | $6,000.00 |
| 3/03 | 1005 | $3,500.00 | | | |

* Indicates a gap in the check number sequence



ESBK-004-009489-001-003-210308  009489  S03





(800) 443-5524
EssexBank.com

PO Box 965
Tappahannock, VA 22560

ESBK    **Temp-Return Service Requested**

| Statement Summary | |
|---|---|
| Account | **XXXXXXXX5288** |
| Statement Date | **04/05/21** |
| Page | **1 of 8** |

009567 1.2500 AB 0.428        TR00041

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

## FREE CHECKING                                        Account: XXXXXXXX5288

### Account Summary

| | | | |
|---|---|---|---|
| FREE CHECKING | | Number of Enclosures | 1 |
| Account Number | XXXXXXXX5288 | Statement Dates | 3/08/21 thru 4/05/21 |
| Previous Balance | $2,357.13 | Days in the Statement Period | 29 |
| 6 Deposits/Credits | $12,509.25 | Average Ledger | $4,061.60 |
| 137 Checks/Debits | $9,298.03 | Average Collected | $4,061.60 |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| Current Balance | $5,568.35 | | |

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Transactions

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 3/08 | ATM Service Charge Reversal | | | $2.75 | $2,359.88 |
| 3/08 | ATM W/D 1622 03/06/21 00634779 211 MT CARMEL RD 211 MT CARMEL RD PARKTON MD C#8025 | | $202.75 | | $2,157.13 |
| 3/08 | DBT CRD 0940 03/05/21 28454836 DIAMOND RIDGE - WOODLA WINDSOR MILL MD C#8025 | | $103.10 | | $2,054.03 |
| 3/08 | DBT CRD 1838 03/07/21 51124203 HOPKINS DELI BALTIMORE MD C#8025 | | $54.82 | | $1,999.21 |
| 3/08 | DBT CRD 1253 03/04/21 43812197 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $40.74 | | $1,958.47 |
| 3/08 | DBT CRD 1534 03/05/21 40584132 DIAMOND RIDGE - WOODLA WINDSOR MILL MD C#8025 | | $31.23 | | $1,927.24 |
| 3/08 | DBT CRD 1017 03/07/21 50525344 LEVELUPMYTHB346541560 855-466-5585 MA C#8025 | | $10.02 | | $1,917.22 |
| 3/08 | DBT CRD 0839 03/05/21 91830603 ROYAL FARMS 41 BALTIMORE MD C#8025 | | $8.96 | | $1,908.26 |
| 3/08 | DBT CRD 0953 03/05/21 36354183 DIAMOND RIDGE - | | $5.31 | | $1,902.95 |

ESBK-005-009567-001-004-210406 009567    S03
21218175699

**Continued on Next Page**



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account          XXXXXXXX5288
Statement Date   04/05/21
Page             2 of 8

| | FREE CHECKING | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | WOODLA WINDSOR MILL MD C#8025 | | | | |
| 3/08 | DBT CRD 1418 03/07/21 95077775 CMSVEND*CV | | $1.85 | | $1,901.10 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/08 | DBT CRD 1417 03/07/21 94647404 CMSVEND*CV | | $1.35 | | $1,899.75 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/08 | DBT CRD 1418 03/07/21 94838601 CMSVEND*CV | | $1.35 | | $1,898.40 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/09 | DBT CRD 1740 03/08/21 16001631 CMSVEND*CV | | $1.85 | | $1,896.55 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/09 | DBT CRD 2043 03/08/21 62140168 CMSVEND*CV | | $1.60 | | $1,894.95 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/09 | DBT CRD 2043 03/08/21 62370505 CMSVEND*CV | | $1.60 | | $1,893.35 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/09 | DBT CRD 1740 03/08/21 16380755 CMSVEND*CV | | $1.35 | | $1,892.00 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/09 | DBT CRD 1741 03/08/21 16625691 CMSVEND*CV | | $1.35 | | $1,890.65 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/11 | DBT CRD 1238 03/09/21 34846949 SHOTTIS POINT | | $35.44 | | $1,855.21 |
| | BALTIMORE MD C#8025 | | | | |
| 3/11 | DBT CRD 1638 03/10/21 78986088 CMSVEND*CV | | $1.85 | | $1,853.36 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/11 | DBT CRD 2105 03/10/21 75443057 CMSVEND*CV | | $1.85 | | $1,851.51 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/11 | DBT CRD 1638 03/10/21 79312164 CMSVEND*CV | | $1.35 | | $1,850.16 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/11 | DBT CRD 1639 03/10/21 79578019 CMSVEND*CV | | $1.35 | | $1,848.81 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 1740 03/11/21 16027424 CMSVEND*CV | | $1.85 | | $1,846.96 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 2000 03/11/21 36532945 CMSVEND*CV | | $1.60 | | $1,845.36 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 2100 03/11/21 72436849 CMSVEND*CV | | $1.60 | | $1,843.76 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 2101 03/11/21 72643377 CMSVEND*CV | | $1.60 | | $1,842.16 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 1740 03/11/21 16238290 CMSVEND*CV | | $1.35 | | $1,840.81 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/12 | DBT CRD 1740 03/11/21 16440880 CMSVEND*CV | | $1.35 | | $1,839.46 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1514 03/11/21 28902947 LITTLE HAVANA | | $43.92 | | $1,795.54 |
| | BALTIMORE MD C#8025 | | | | |
| 3/15 | DBT CRD 1042 03/14/21 29368226 | | $10.02 | | $1,785.52 |
| | LEVELUPMYTHB350327685 855-466-5585 MA C#8025 | | | | |
| 3/15 | DBT CRD 1401 03/12/21 84828436 USA*CANTEEN | | $1.85 | | $1,783.67 |
| | HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1640 03/12/21 80392532 CMSVEND*CV | | $1.85 | | $1,781.82 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1707 03/13/21 96270941 CMSVEND*CV | | $1.85 | | $1,779.97 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1737 03/13/21 14265264 CMSVEND*CV | | $1.85 | | $1,778.12 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 2033 03/12/21 56126834 CMSVEND*CV | | $1.60 | | $1,776.52 |



ESBK-005-009567-001-004-210406 009567      S03

Continued on Next Page

# Essex Bank

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1766

| | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 04/05/21 |
| Page | 3 of 8 |

| FREE CHECKING | | | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|---|

## Transactions  (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 2033 03/12/21 56295589 CMSVEND*CV | | $1.60 | | $1,774.92 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1639 03/12/21 79898812 CMSVEND*CV | | $1.35 | | $1,773.57 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 1640 03/12/21 80148807 CMSVEND*CV | | $1.35 | | $1,772.22 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/15 | DBT CRD 2034 03/12/21 56506847 CMSVEND*CV | | $1.35 | | $1,770.87 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/16 | DEPOSIT | | | $4,000.00 | $5,770.87 |
| 3/17 | DBT CRD 1958 03/16/21 62982505 CMSVEND*CV | | $1.85 | | $5,769.02 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/17 | DBT CRD 2313 03/16/21 16125293 CMSVEND*CV | | $1.60 | | $5,767.42 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/17 | DBT CRD 2313 03/16/21 16295224 CMSVEND*CV | | $1.60 | | $5,765.82 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/18 | DBT CRD 1456 03/17/21 81910185 EDDIE S OF | | $30.68 | | $5,735.14 |
| | ROLAND P BALTIMORE MD C#8025 | | | | |
| 3/18 | DBT CRD 2147 03/17/21 64485359 CMSVEND*CV | | $1.60 | | $5,733.54 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/19 | DEPOSIT | | | $3,500.00 | $9,233.54 |
| 3/19 | DBT CRD 2026 03/18/21 16062070 HOPKINS DELI | | $13.97 | | $9,219.57 |
| | BALTIMORE MD C#8025 | | | | |
| 3/19 | DBT CRD 1032 03/18/21 23713664 | | $10.02 | | $9,209.55 |
| | LEVELUPMYTHB352557503 855-466-5585 MA C#8025 | | | | |
| 3/22 | DBT CRD 1637 03/19/21 41587556 ROYAL FARMS 92 | | $41.51 | | $9,168.04 |
| | BALTIMORE MD C#8025 | | | | |
| 3/22 | DBT CRD 1803 03/19/21 94249415 EDDIE S OF | | $27.52 | | $9,140.52 |
| | ROLAND P BALTIMORE MD C#8025 | | | | |
| 3/22 | DBT CRD 1559 03/20/21 19659123 EDDIE S OF | | $12.82 | | $9,127.70 |
| | ROLAND P BALTIMORE MD C#8025 | | | | |
| 3/22 | DBT CRD 0914 03/21/21 76481543 | | $7.90 | | $9,119.80 |
| | LEVELUPMYTHB354445327 855-466-5585 MA C#8025 | | | | |
| 3/22 | DBT CRD 0959 03/20/21 03955611 SIMON S BAKERY | | $4.26 | | $9,115.54 |
| | LLC COCKEYSVILLE MD C#8025 | | | | |
| 3/22 | POS DEB 1102 03/20/21 36988328 QUICK MART 576 | | $3.98 | | $9,111.56 |
| | CRANBROOK RD COCKEYSVILLE MD C#8025 | | | | |
| 3/22 | DBT CRD 1009 03/19/21 09909535 USA*CANTEEN | | $1.85 | | $9,109.71 |
| | HANOVER MD C#8025 | | | | |
| 3/23 | DBT CRD 0830 03/22/21 50213964 ROYAL FARMS 92 | | $4.48 | | $9,105.23 |
| | BALTIMORE MD C#8025 | | | | |
| 3/23 | DBT CRD 1644 03/22/21 46972458 CMSVEND*CV | | $1.85 | | $9,103.38 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/23 | DBT CRD 1803 03/22/21 94298954 CMSVEND*CV | | $1.60 | | $9,101.78 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/23 | DBT CRD 1803 03/22/21 93953589 CMSVEND*CV | | $1.35 | | $9,100.43 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/23 | CASHED CHECK | 1007 | $6,000.00 | | $3,100.43 |
| 3/24 | DBT CRD 1618 03/23/21 30912112 HOPKINS DELI | | $49.22 | | $3,051.21 |
| | BALTIMORE MD C#8025 | | | | |
| 3/24 | DBT CRD 0858 03/23/21 67160678 ROYAL FARMS 92 | | $4.48 | | $3,046.73 |
| | BALTIMORE MD C#8025 | | | | |

Continued on Next Page



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 04/05/21 |
| Page | 4 of 8 |

| FREE CHECKING | Account: XXXXXXXX5288 |
|---|---|

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|------|-------------|---------|-------|--------|---------|
| 3/24 | DBT CRD 1513 03/22/21 92214856 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $3,044.88 |
| 3/24 | DBT CRD 2222 03/23/21 85585775 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $3,043.03 |
| 3/24 | DBT CRD 2222 03/23/21 85331897 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $3,041.68 |
| 3/25 | DBT CRD 1348 03/23/21 41387012 SHOTTIS POINT BALTIMORE MD C#8025 | | $44.45 | | $2,997.23 |
| 3/25 | DBT CRD 0925 03/24/21 83002585 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,995.38 |
| 3/25 | DBT CRD 1712 03/24/21 63346315 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,993.53 |
| 3/25 | DBT CRD 1818 03/24/21 02988983 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,991.68 |
| 3/25 | DBT CRD 1817 03/24/21 02789183 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.60 | | $2,990.08 |
| 3/25 | DBT CRD 1712 03/24/21 63467306 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,988.73 |
| 3/25 | DBT CRD 1712 03/24/21 63656278 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,987.38 |
| 3/25 | DBT CRD 1817 03/24/21 02579850 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,986.03 |
| 3/26 | DBT CRD 0849 03/25/21 61999079 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $9.58 | | $2,976.45 |
| 3/26 | DBT CRD 1656 03/25/21 53938632 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,974.35 |
| 3/26 | DBT CRD 1657 03/25/21 54228958 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,972.25 |
| 3/26 | DBT CRD 2104 03/25/21 38612957 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,970.15 |
| 3/26 | DBT CRD 2103 03/25/21 38322170 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,968.30 |
| 3/26 | DBT CRD 1655 03/25/21 53581406 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,966.95 |
| 3/26 | DBT CRD 1656 03/25/21 53743827 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,965.60 |
| 3/26 | DBT CRD 2103 03/25/21 38072095 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,964.25 |
| 3/29 | ATM Service Charge Reversal | | | $3.50 | $2,967.75 |
| 3/29 | ATM W/D 1051 03/27/21 00005253 M&T Bank M&T 10431 YORK RD COCKEYSVILLE MD C#8025 | | $103.50 | | $2,864.25 |
| 3/29 | DBT CRD 1327 03/25/21 28794005 SHOTTIS POINT BALTIMORE MD C#8025 | | $44.45 | | $2,819.80 |
| 3/29 | DBT CRD 1642 03/27/21 45659014 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $39.70 | | $2,780.10 |
| 3/29 | DBT CRD 1025 03/28/21 19007088 LEVELUPMYTHB358607169 855-466-5585 MA C#8025 | | $10.02 | | $2,770.08 |
| 3/29 | DBT CRD 1652 03/26/21 51765162 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,767.98 |
| 3/29 | DBT CRD 1653 03/26/21 52003341 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,765.88 |
| 3/29 | DBT CRD 2107 03/26/21 40478645 CMSVEND*CV | | $2.10 | | $2,763.78 |

ESBK-005-009567-001-004-210406 009567 S03

Continued on Next Page



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3909 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| Account | XXXXXXXX5288 |
|---|---|
| Statement Date | 04/05/21 |
| Page | 5 of 8 |

| **FREE CHECKING** | | | | **Account: XXXXXXXX5288** |
|---|---|---|---|---|

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 3/29 | DBT CRD 1545 03/28/21 11195118 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,761.68 |
| 3/29 | DBT CRD 1036 03/26/21 25793959 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,759.83 |
| 3/29 | DBT CRD 1439 03/26/21 71766406 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,757.98 |
| 3/29 | DBT CRD 1653 03/26/21 52230471 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,756.63 |
| 3/29 | DBT CRD 1654 03/26/21 52446037 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,755.28 |
| 3/29 | DBT CRD 2106 03/26/21 39981383 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,753.93 |
| 3/29 | DBT CRD 2106 03/26/21 40186300 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,752.58 |
| 3/29 | DBT CRD 1544 03/26/21 10756637 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,751.23 |
| 3/29 | DBT CRD 1544 03/28/21 10939537 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,749.88 |
| 3/30 | CD PREMIUM CAREFIRST BCBS PPD 091000016499378 | | $596.77 | | $2,153.11 |
| 3/30 | GEICO PYMT GEICO WEB 021000021516740 S 915028355 JOHN MCPHERSON | | $338.45 | | $1,814.66 |
| 3/31 | PAYMENT CHRYSLER CAPITAL TEL 021000023560447 | | $419.99 | | $1,394.67 |
| 3/31 | DBT CRD 1831 03/29/21 10791488 HOPKINS DELI BALTIMORE MD C#8025 | | $50.82 | | $1,343.85 |
| 3/31 | DBT CRD 0905 03/30/21 71125062 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $4.68 | | $1,339.17 |
| 3/31 | DBT CRD 2019 03/30/21 11810040 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,337.07 |
| 3/31 | DBT CRD 2102 03/30/21 37232029 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,334.97 |
| 3/31 | DBT CRD 2102 03/30/21 37514143 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,332.87 |
| 3/31 | DBT CRD 2020 03/30/21 12130855 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,331.52 |
| 3/31 | DBT CRD 2020 03/30/21 12454539 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,330.17 |
| 3/31 | DBT CRD 2102 03/30/21 37675777 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,328.82 |
| 4/01 | DBT CRD 1717 03/31/21 66269280 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $55.05 | | $1,273.77 |
| 4/01 | DBT CRD 1352 03/30/21 43695269 SHOTTIS POINT BALTIMORE MD C#8025 | | $42.33 | | $1,231.44 |
| 4/01 | DBT CRD 0917 03/31/21 78553833 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $4.68 | | $1,226.76 |
| 4/01 | DBT CRD 1916 03/31/21 37695155 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,224.66 |
| 4/01 | DBT CRD 1916 03/31/21 37976258 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,222.56 |
| 4/01 | DBT CRD 1727 03/31/21 72790797 CMSVEND*CV | | $1.35 | | $1,221.21 |

Continued on Next Page

 **Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account                    XXXXXXXX5288
Statement Date        04/05/21
Page                          6 of 8



| FREE CHECKING | | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/01 | DBT CRD 1728 03/31/21 72956689 CMSVEND*CV | | $1.35 | | $1,219.86 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/01 | DBT CRD 1915 03/31/21 37048001 CMSVEND*CV | | $1.35 | | $1,218.51 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/01 | DBT CRD 1915 03/31/21 37249375 CMSVEND*CV | | $1.35 | | $1,217.16 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/02 | DEPOSIT | | | $5,000.00 | $6,217.16 |
| 4/02 | DBT CRD 1331 04/01/21 31052063 TST* THE ALE | | $110.90 | | $6,106.26 |
| | HOUSE COL COLUMBIA MD C#8025 | | | | |
| 4/02 | DBT CRD 0843 04/01/21 58002833 | | $10.02 | | $6,096.24 |
| | LEVELUPMYTHB360867564 855-466-5585 MA C#8025 | | | | |
| 4/02 | DBT CRD 1441 04/01/21 72865908 SIMON S BAKERY | | $2.75 | | $6,093.49 |
| | LLC COCKEYSVILLE MD C#8025 | | | | |
| 4/02 | DBT CRD 2256 04/01/21 05669194 CMSVEND*CV | | $2.10 | | $6,091.39 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/02 | DBT CRD 1351 03/31/21 43058974 USA*CANTEEN | | $1.85 | | $6,089.54 |
| | HANOVER MD C#8025 | | | | |
| 4/02 | DBT CRD 2255 04/01/21 05250377 CMSVEND*CV | | $1.35 | | $6,088.19 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/02 | DBT CRD 2255 04/01/21 05447234 CMSVEND*CV | | $1.35 | | $6,086.84 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | ATM Service Charge Reversal | | | $3.00 | $6,089.84 |
| 4/05 | DBT CRD 1239 04/04/21 99459998 COMCAST | | $212.83 | | $5,877.01 |
| | 800-COMCAST MD C#8025 | | | | |
| 4/05 | ATM W/D 1038 04/03/21 00002276 BANK OF AMERICA | | $203.00 | | $5,674.01 |
| | *PADONIA TIMONIUM MD C#8025 | | | | |
| 4/05 | DBT CRD 1620 04/02/21 31045752 ROYAL FARMS 92 | | $49.83 | | $5,624.18 |
| | BALTIMORE MD C#8025 | | | | |
| 4/05 | DBT CRD 1106 04/03/21 43623878 JANDA FLORIST | | $31.80 | | $5,592.38 |
| | COCKEYSVILLE MD C#8025 | | | | |
| 4/05 | DBT CRD 0937 04/02/21 90449734 ROYAL FARMS 92 | | $4.68 | | $5,587.70 |
| | BALTIMORE MD C#8025 | | | | |
| 4/05 | DBT CRD 1713 04/02/21 64348490 CMSVEND*CV | | $2.10 | | $5,585.60 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 1714 04/02/21 64554091 CMSVEND*CV | | $2.10 | | $5,583.50 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 0935 04/04/21 89200424 CMSVEND*CV | | $2.10 | | $5,581.40 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 1612 04/04/21 27531578 CMSVEND*CV | | $2.10 | | $5,579.30 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 2128 04/02/21 53021223 CMSVEND*CV | | $1.85 | | $5,577.45 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 2128 04/02/21 53247724 CMSVEND*CV | | $1.85 | | $5,575.60 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 2138 04/04/21 59206687 CMSVEND*CV | | $1.85 | | $5,573.75 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 1713 04/02/21 63927922 CMSVEND*CV | | $1.35 | | $5,572.40 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 1713 04/02/21 64091771 CMSVEND*CV | | $1.35 | | $5,571.05 |
| | BALTIMORE HANOVER MD C#8025 | | | | |
| 4/05 | DBT CRD 2206 04/02/21 76141243 CMSVEND*CV | | $1.35 | | $5,569.70 |

ESBK-005-005-009567-001-004-210406  009567  S03

Continued on Next Page



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account          XXXXXXXX5288
Statement Date      04/05/21
Page              7 of 8

| FREE CHECKING | Account: XXXXXXXX5288 |
|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
|  | BALTIMORE HANOVER MD C#8025 |  |  |  |  |
| 4/05 | DBT CRD 2207 04/02/21 76347009 CMSVEND*CV |  | $1.35 |  | $5,568.35 |
|  | BALTIMORE HANOVER MD C#8025 |  |  |  |  |

**Summary of Deposits and Additions**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 3/08 | $2.75 | 3/29 | $3.50 |
| 3/16 | $4,000.00 | 4/02 | $5,000.00 |
| 3/19 | $3,500.00 | 4/05 | $3.00 |

**Checks**

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 3/23 | 1007 | $6,000.00 |  |  |  |

* Indicates a gap in the check number sequence

Image # 773210901041160

Front Image

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
GENERAL ACCOUNT 3900 N. CHALRES ST #1001
BALTIMORE, MD 21218

Jan 1004

DATE Febuary 20, 2021

PAY TO THE
ORDER OF _The Socier of Nort Chrles_ $ 3500 00

Three Thousand Five Hundred ———— DOLLARS

**Essex Bank**

MEMO 14/01 - Tax. rent

Jn mRer

⑆051406909⑆ 5 288 1004

Front Image

**JOHN MCPHERSON**

1005

DEBTOR IN POSSESSION 21-10205
GENERAL ACCOUNT 3900 N. CHALRES ST DATE
BALTIMORE, MD 21218

DATE _M mark 4, 2021_

PAY TO THE
ORDER OF _The Soc, ur of wont citrus_ | $ 3500

_Three Thousand Five Hundred_ —————— DOLLARS

**Essex Bank**

MEMO _1401 - mows red_

⑆051406909⑆    5288⑆    1005

**Image # 773510901008970**

Front Image

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
GENERAL ACCOUNT 3900 N. CHALRES ST #AT01
BALTIMORE, MD 21218

2/21/21          1006

PAY TO THE
ORDER OF   KATRINA  MCPHERSON                    $ 6,000 ⁰⁰

Six  Thousand  Dollars                          DOLLARS

**≡Essex Bank**

MEMO   Feb Support                    John M.P.

⑆051406909⑆       5 288⑈     1006

3/19/2021 5:19 PM

Page 1

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
GENERAL ACCOUNT 3100 N. CHARLES ST
BALTIMORE, MD 21218

DATE 3/1/21

1007

PAY TO THE
ORDER OF: Calamus Uccaptulsed

Six Thousand Dollars

$ 6000.00

DOLLARS

**Essex Bank**

MEMO West Sufford

⑈05140690⑈   ⑈5288⑈  1007

03/23/2021                    1007                    $6000.00