Entered: June 2nd, 2021
Signed: June 2nd, 2021
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| John McDonnell McPherson, | * | Case No. 21-10205-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * | * | |
| Camac Fund, L.P., | * | |
| | * | |
| Movant, | * | |
| v. | * | |
| | * | |
| John McDonnell McPherson, | * | |
| | * | |
| Respondent. | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

### ORDER GRANTING RELIEF FROM STAY FOR LIMITED PURPOSE OF CONTINUING PREPETITION ARBITRATION PROCEEDING

This matter is before the Court on the Motion for Relief from Stay (the "Stay Motion"), filed by Camac Fund, L.P. ("Camac"). ECF 36, 46. John McDonnell McPherson, the above-captioned debtor and debtor in possession (the "Debtor"), filed an objection to the Stay Motion, and the Court held a hearing in this contested matter on May 5, 2021. ECF 43. For the reasons set

forth in the Memorandum Opinion entered simultaneously herewith and incorporated fully herein by reference;[1] it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the automatic stay of section 362(a) of the Code is modified solely for purposes of allowing the pending prepetition arbitration proceeding between Camac and the Debtor to proceed on the Contract Claims and the Non-Bankruptcy Claims; and it is further

**ORDERED**, that the parties may not seek to enforce any decision of the arbitrator outside of this Court; rather, all enforcement and collection actions must proceed in this Court in the context of the chapter 11 case; and it is further

**ORDERED**, that none of the Bankruptcy Claims shall be subject to the pending prepetition arbitration proceeding; rather, those claims and all other issues between the parties shall remain subject to the automatic stay of section 362 of the Code and to resolution in connection with this chapter 11 case.

cc:    Debtor
       Debtor's Counsel
       Camac
       Camac's Counsel
       United States Trustee

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Memorandum Opinion.