DEBTOR: John McDonnell McPherson                CASE NUMBER: 21-10265

**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT - CHAPTER 11**          ☐ **Check if this is an**
**INDIVIDUAL DEBTORS**                                      **amended report.**

**COVER SHEET AND QUESTIONNAIRE - FORM 3**
**For Period from:**   5/1/21   to   5/31/21

---

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

**REQUIRED REPORTS / DOCUMENTS**

1  Cash Flow Statement (Page 2)

2  Cash Reconciliation(s) and Narrative (Page 3)

3  Cash Receipts Detail (Page 4)

4  Cash Disbursements Detail (Page 5)

5  Receipts and Disbursements Recap Case to Date (Page 6)

6  **Bank Statements for All Bank Accounts <u>open during any day during the period</u>**
   (remember to redact all but the last four digits of bank account number)

---

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | ✓ | |
| 1a.  If no, explain. | | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 2a.  If no, explain.** | | |
| 3. Have all <u>post petition</u> taxes been timely filed and paid, including quarterly estimated taxes, if applicable? | ✓ | |
| 3a.  If no, explain.** | | |
| 4. Did you pay all your bills on time this month? | ✓ | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? | | ✓ |
| 5a.  If yes, why?** | | |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | ✓ |
| 7. Do you have any bank accounts open other than the DIP account? | | ✓ |
| 7a.   If yes, when will they be closed? | | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on:   5/20/21          Signature (Debtor): _____
                               Print name: John McDonnell McPherson

                               Signature (Co-Debtor): _____
                               Print name: _____

PAGE 1
Rev. 2017-04

**DEBTOR:**     John McDonnell McPherson     **CASE NUMBER:**     21-10265

**For Period from:**    5/1/21     to     5/31/21

**CASH FLOW SUMMARY (SEE NOTE A)**
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | |
|---|---|---|
| 1. **Beginning Cash Balance** | $ 895.82 | **(1) A** |
| 2. **Cash Receipts** | | |
|     Wages | $ | |
|     Sole Proprietorship Revenues | | |
|     Draws from owned entities other than Sole Prop | 13,000.00 | |
|     Rental Income | | |
|     Other | | |
|     Other | | |
|     Total Cash Receipts for the month | $ 13,000.00 | **B** |
| 3. **Cash Disbursements** | | |
|     Primary residence: Rent or home mortgage payment $ | 3,500.00 | |
|     Utilities and Communication related Expenses | 299.00 | |
|     Home maintenance (repairs/upkeep/association dues) | | |
|     Food / Groceries / Housekeeping supplies | 679.00 | |
|     Restaurants/Entertainment/Recreation | 454.00 | |
|     Clothing / Laundry / Personal Care | | |
|     Charitable and Religious Contributions | | |
|     Insurance payments | 338.00 | |
|     Installment payments (including car payments) | | |
|     Transportation related (gas, parking, tolls) | 42.00 | |
|     Alimony, maintenance, support of others | 6,000.00 | |
|     Legal / Professional Fees / U.S. Trustee Fees | 650.00 | |
|     Sole Proprietorship Expenses | | |
|     Rental Property related: mortgages / expenses / repairs | | |
|     Other | | |
|     Other | | |
|     Other | | |
|     Other | | |
|     Miscellaneous | 498.00 | |
|     Total Cash Disbursements for the month | $ 12,460.00 | **C** |
| 4. **Net Cash Flow for the Month** (Total Cash Receipts less Total Cash Disbursements) **(B - C)** | 540.00 | **D** |
| 5. **Ending Cash Balance** **(A + D)** $ | 1,435.82 | **E** |

**CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES**

| | |
|---|---|
| Total Disbursements for the Month (from above) | 12,460.00 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | 12,460.00 |

*(A)*   *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1)*   *Current month beginning cash balance should equal the previous month's ending balance.*

DEBTOR:  John McDonnell McPherson          Case Number: 21-10265

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 5/31/21 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Essex Bank | | | |
| Last four digits of account | 5288 | | | |
| Purpose of Acct (Personal or Business) | Personal DIP | | | |
| Type of account (Checking or Savings) | Checking | | | |
| Balance per Bank Statement at End of the Period | 1,435.82 | | | |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 1,435.82 | |

Note: Attach a copy of the bank statement and bank reconciliation for <u>every</u> account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

| | | |
|---|---|---|
| Are post petition mortgage payments current? | No | Yes ✓ |
| Do you have other past due post petition bills? | No ✓ | Yes |
| If yes, how much do you owe, including past due mortgage payments? | | $ |

*(Please attach a list of the creditors and amounts owed)*

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

| | | |
|---|---|---|
| Does anyone owe you any money? | No ✓ | Yes |
| If yes, how much is owed to you? | | $ |

*(Please attach a list of the purpose and amounts owed)*

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

| |
|---|
| Quarterly payment of $650.00 to US Trustee |
| |
| |
| |
| |
| |
| |

**DEBTOR:**   John McDonnell McPherson          **CASE #:**   21-10265

## CASH RECEIPTS DETAIL

> *The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

For Period:   5/1/21   **to** 5/31/21
(attach additional sheets as necessary)

Bank Name   Essex Bank          Last four digits of account number   5288

A.   *For each  <u>counter deposit</u>  made during the period, record the following information:*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 5/3/21 | MMS Advisors, LLC | Draw | 5,000.00 |
| 5/4/21 | MMS Advisors, LLC | Draw | 5,000.00 |
| 5/11/21 | MMS Advisors, LLC | Draw | 2,000.00 |
| 5/28/21 | MMS Advisors, LLC | Draw | 1,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

B.   *For <u>direct deposits</u> to your account which identify the source of the deposit, just record the grand total of all of these deposits.*

C.   *Deduct <u>transfers</u> between accounts made to this account included in Section A or B above.*

**Total Cash Receipts**   $ 13,000.00
This total should agree with Page 2

PAGE 4
Rev. 2017-04

**DEBTOR:**   John McDonnell McPherson          **CASE #:**   21-10265

## CASH DISBURSEMENTS DETAIL

| The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. |
| --- |

For Period: 5/1/21   to   5/31/21
(attach additional sheets as necessary)

Bank Name   **Essex Bank**          Last four digits of account number   5288

A.   *For all checks written*, record the detail of each showing the following information:

| Date | Check No. | Payee | Description (Purpose) | Amount |
| --- | --- | --- | --- | --- |
| 5/7/21 | 1052 | Katrina McPherson | Support | 6,000.00 |
| 5/10/21 | 1054 | The Social At North Charles | Rent | 3,500.00 |
| 5/25/21 | 1055 | US Trustee | Quarterly Fee | 650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B.   *For direct debits to your account which identify the who is being paid, just record the grand total of all of these withdrawals*          2,310.00

C.   *Deduct transfers between accounts made to this account included in Section A or B above.*

**Total Cash Disbursements**   $   12,460.00
This total should agree with Page 2

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** John McDonnell McPherson          **Case #:** 21-10265

**Date Case was filed:** 1/12/21

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

| Year: 2021 | | | | Year: | | |
|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
| Jan | 0 | 3,345 | -3,345 | | | 0 |
| Feb | 12,000 | 897 | 11,103 | | | 0 |
| Mar | 11,500 | 22,253 | -10,753 | | | 0 |
| Apr | 13,000 | 13,433 | -433 | | | 0 |
| May | 13,000 | 12,460 | 540 | | | 0 |
| Jun | | | 0 | | | 0 |
| Jul | | | 0 | | | 0 |
| Aug | | | 0 | | | 0 |
| Sep | | | 0 | | | 0 |
| Oct | | | 0 | | | 0 |
| Nov | | | 0 | | | 0 |
| Dec | | | 0 | | | 0 |
| TOTAL | 49,500 | 52,388 | -2,888 | 0 | 0 | 0 |

Bank Statement



(800) 443-5524
EssexBank.com

PO Box 965
Tappahannock, VA 22560

**Temp-Return Service Requested**

| Statement Summary | |
|---|---|
| Account | **XXXXXXXX5288** |
| Statement Date | **06/04/21** |
| Page | **1 of 8** |



009172 1.2500 AB 0.428          TR00039
JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

---

| FREE CHECKING | Account: XXXXXXXX5288 |
|---|---|

**Account Summary**

| FREE CHECKING | | Number of Enclosures | 4 |
|---|---|---|---|
| Account Number | XXXXXXXX5288 | Statement Dates | 5/06/21 thru 6/06/21 |
| Previous Balance | $10,648.67 | Days in the Statement Period | 32 |
| 6 Deposits/Credits | $8,008.95 | Average Ledger | $2,299.70 |
| 143 Checks/Debits | $17,102.21 | Average Collected | $2,299.70 |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| Current Balance | $1,555.41 | | |

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Transactions**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 5/06 | DBT CRD 0729 05/05/21 13763868 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $10,646.32 |
| 5/06 | DBT CRD 1716 05/05/21 65617415 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $10,644.97 |
| 5/06 | DBT CRD 1716 05/05/21 65916603 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $10,643.62 |
| 5/07 | DBT CRD 1755 05/06/21 89018525 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $23.01 | | $10,620.61 |
| 5/07 | DBT CRD 1121 05/05/21 53151839 COLPARK LOC 573 ROCKVILLE MD C#8025 | | $12.00 | | $10,608.61 |
| 5/07 | DBT CRD 1714 05/05/21 64947761 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $10,606.26 |
| 5/07 | DBT CRD 0718 05/06/21 06800751 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $10,603.91 |
| 5/07 | DBT CRD 1459 05/05/21 83777515 USA*CANTEEN - HANOVER MD C#8025 | | $1.60 | | $10,602.31 |

Continued on Next Page



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

XXXXXXXX5288

| | |
|---|---|
| Account | |
| Statement Date | 06/04/21 |
| Page | 2 of 8 |

## FREE CHECKING                                        Account: XXXXXXXX5288

### Transactions  (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 5/07 | CASHED CHECK | 1052 | $6,000.00 | | $4,602.31 |
| 5/10 | DBT CRD 1828 05/07/21 09238842 HOPKINS DELI BALTIMORE MD C#8025 | | $40.84 | | $4,561.47 |
| 5/10 | DBT CRD 0909 05/06/21 73872612 BRIDGES GOLF CLUB ABBOTTSTOWN PA C#8025 | | $35.00 | | $4,526.47 |
| 5/10 | DBT CRD 1023 05/09/21 17832861 JANDA FLORIST COCKEYSVILLE MD C#8025 | | $31.80 | | $4,494.67 |
| 5/10 | DBT CRD 1112 05/08/21 47331631 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $17.62 | | $4,477.05 |
| 5/10 | DBT CRD 1555 05/07/21 17099070 THE BRIDGES GOLF CLUB- ABBOTTSTOWN PA C#8025 | | $16.96 | | $4,460.09 |
| 5/10 | DBT CRD 0724 05/08/21 10668047 LEVELUPMYTHB382344911 855-466-5585 MA C#8025 | | $10.02 | | $4,450.07 |
| 5/10 | DBT CRD 0850 05/09/21 62275630 LEVELUPMYTHB382873755 855-466-5585 MA C#8025 | | $10.02 | | $4,440.05 |
| 5/10 | POS DEB 1151 05/09/21 78604718 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $3.98 | | $4,436.07 |
| 5/10 | DBT CRD 1049 05/09/21 33881831 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $2.75 | | $4,433.32 |
| 5/10 | DBT CRD 1806 05/06/21 95685645 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $4,430.97 |
| 5/10 | DBT CRD 0850 05/07/21 62209181 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $4,428.62 |
| 5/10 | DBT CRD 1658 05/07/21 55268940 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $4,426.27 |
| 5/10 | DBT CRD 1529 05/08/21 01433610 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $4,423.92 |
| 5/10 | DBT CRD 2135 05/08/21 57151517 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $4,421.82 |
| 5/10 | DBT CRD 2135 05/08/21 57378762 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $4,419.72 |
| 5/10 | DBT CRD 2000 05/09/21 00153895 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $4,417.62 |
| 5/10 | DBT CRD 2000 05/09/21 00379576 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $4,415.52 |
| 5/10 | DBT CRD 1658 05/07/21 55091112 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,414.17 |
| 5/10 | DBT CRD 1529 05/08/21 01873050 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,412.82 |
| 5/10 | DBT CRD 1530 05/08/21 02105685 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,411.47 |
| 5/10 | DBT CRD 1654 05/08/21 52542199 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,410.12 |
| 5/10 | DBT CRD 1654 05/08/21 52772351 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,408.77 |
| 5/10 | DBT CRD 1524 05/09/21 98501887 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,407.42 |
| 5/10 | DBT CRD 1524 05/09/21 98688071 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,406.07 |
| 5/10 | DBT CRD 1524 05/09/21 98855783 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $4,404.72 |
| 5/10 | CASHED CHECK | 1054 | $3,500.00 | | $904.72 |

Continued on Next Page

**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| Account | XXXXXXXX5288 |
|---|---|
| Statement Date | 06/04/21 |
| Page | 3 of 8 |

---

**FREE CHECKING**          Account: XXXXXXXX5288

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 5/11 | DEPOSIT | | | $2,000.00 | $2,904.72 |
| 5/11 | GEICO PYMT GEICO PPD 021000022312856 | | $338.45 | | $2,566.27 |
| 5/11 | DBT CRD 1435 05/09/21 69095025 COMCAST 800-COMCAST MD C#8025 | | $289.23 | | $2,277.04 |
| 5/11 | DBT CRD 1653 05/08/21 52119344 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,274.69 |
| 5/11 | DBT CRD 1711 05/10/21 62630502 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,272.34 |
| 5/11 | DBT CRD 2131 05/10/21 54682040 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,270.24 |
| 5/11 | DBT CRD 2130 05/10/21 54453403 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,268.39 |
| 5/11 | DBT CRD 1710 05/10/21 62220866 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,267.04 |
| 5/11 | DBT CRD 1710 05/10/21 62407491 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,265.69 |
| 5/11 | DBT CRD 1734 05/10/21 76578738 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,264.34 |
| 5/11 | DBT CRD 1734 05/10/21 76765276 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,262.99 |
| 5/12 | DBT CRD 0905 05/11/21 70007747 ROYALFARMS 35 BALTIMORE MD C#8025 | | $57.01 | | $2,205.98 |
| 5/12 | DBT CRD 0908 05/11/21 73181413 ROYALFARMS 35 BALTIMORE MD C#8025 | | $8.28 | | $2,197.70 |
| 5/12 | DBT CRD 0802 05/11/21 33334581 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,195.35 |
| 5/12 | DBT CRD 1909 05/11/21 33691817 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,194.00 |
| 5/12 | DBT CRD 1909 05/11/21 33866170 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,192.65 |
| 5/13 | ATM Service Charge Reversal | | | $2.95 | $2,195.60 |
| 5/13 | ATM W/D 0746 05/13/21 00008789 THE SOCIAL N-340150 3900 N.CHARLES STR BALTIMORE MD C#8025 | | $102.95 | | $2,092.65 |
| 5/13 | DBT CRD 1644 05/12/21 46907070 HOPKINS DELI BALTIMORE MD C#8025 | | $50.46 | | $2,042.19 |
| 5/13 | DBT CRD 0743 05/12/21 21882829 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,039.84 |
| 5/13 | DBT CRD 1812 05/12/21 99619594 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,038.49 |
| 5/13 | DBT CRD 1813 05/12/21 99884520 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,037.14 |
| 5/14 | DBT CRD 0910 05/13/21 74144952 EAGLES CROSSING GOLF C CARLISLE PA C#8025 | | $28.00 | | $2,009.14 |
| 5/14 | DBT CRD 0647 05/13/21 88443299 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,007.29 |
| 5/17 | ATM Service Charge Reversal | | | $3.00 | $2,010.29 |
| 5/17 | ATM W/D 1114 05/15/21 00003955 BANK OF AMERICA *ROYAL FARMS 92 E BALTIMORE MD C#8025 | | $203.00 | | $1,807.29 |
| 5/17 | DBT CRD 1036 05/16/21 25759623 LEVELUPMYTHB386777844 855-466-5585 MA C#8025 | | $10.54 | | $1,796.75 |
| 5/17 | DBT CRD 1946 05/14/21 56147455 HOPKINS DELI | | $6.96 | | $1,789.79 |

Continued on Next Page



Essex Bank

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account                    XXXXXXXX5288
Statement Date             06/04/21
Page                       4 of 8



| FREE CHECKING | | | | Account: XXXXXXXX5288 |
| --- | --- | --- | --- | --- |

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- |
| | BALTIMORE MD C#8025 | | | | |
| 5/17 | DBT CRD 2326 05/15/21 23854226 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,785.09 |
| 5/17 | DBT CRD 0747 05/14/21 24357573 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,782.74 |
| 5/17 | DBT CRD 2106 05/16/21 39710840 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,780.64 |
| 5/17 | DBT CRD 2106 05/16/21 39918530 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,778.54 |
| 5/17 | DBT CRD 0914 05/15/21 76745917 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,776.69 |
| 5/17 | DBT CRD 0915 05/15/21 77134485 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,774.84 |
| 5/18 | DBT CRD 1915 05/16/21 37452729 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,770.14 |
| 5/18 | DBT CRD 1951 05/17/21 58732290 GIANT 2306 BALTIMORE MD C#8025 | | $3.29 | | $1,766.85 |
| 5/18 | DBT CRD 2135 05/17/21 57104589 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,764.75 |
| 5/18 | DBT CRD 2135 05/17/21 57369929 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,762.65 |
| 5/18 | DBT CRD 0848 05/17/21 61196382 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,760.80 |
| 5/18 | DBT CRD 1008 05/17/21 08934547 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,758.95 |
| 5/19 | DBT CRD 2002 05/17/21 01490716 ROLAND PARK WINES & LI BALTIMORE MD C#8025 | | $39.05 | | $1,719.90 |
| 5/19 | DBT CRD 1351 05/17/21 42728034 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $37.00 | | $1,682.90 |
| 5/19 | DBT CRD 1214 05/18/21 84866672 LITTLE HAVANA BALTIMORE MD C#8025 | | $34.56 | | $1,648.34 |
| 5/19 | DBT CRD 1846 05/18/21 19856493 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $15.75 | | $1,632.59 |
| 5/19 | DBT CRD 0754 05/18/21 28495762 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,630.24 |
| 5/19 | DBT CRD 0933 05/18/21 87846809 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,628.39 |
| 5/19 | DBT CRD 1409 05/18/21 53450688 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,626.54 |
| 5/20 | DBT CRD 0737 05/19/21 18556103 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,624.19 |
| 5/21 | DBT CRD 1137 05/20/21 62614454 DI PASQ BALTIMORE MD C#8025 | | $35.08 | | $1,589.11 |
| 5/21 | DBT CRD 1915 05/19/21 37310618 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,584.41 |
| 5/21 | DBT CRD 1719 05/20/21 67863330 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,579.71 |
| 5/21 | DBT CRD 0756 05/20/21 29881236 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,577.36 |
| 5/21 | DBT CRD 1250 05/20/21 06190531 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $1,575.51 |
| 5/24 | DBT CRD 1336 05/23/21 34018933 DUE SOUTH | | $89.30 | | $1,486.21 |

Continued on Next Page

**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account          XXXXXXXX5288
Statement Date      06/04/21
Page              5 of 8

| FREE CHECKING | | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | WASHINGTON DC C#8025 | | | | |
| 5/24 | POS DEB 1138 05/24/21 00876182 WAWA STORE 8506 10125 YORK RD COCKEYSVILLE MD C#8025 | | $61.09 | | $1,425.12 |
| 5/24 | DBT CRD 1722 05/21/21 69764134 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $53.91 | | $1,371.21 |
| 5/24 | DBT CRD 1259 05/21/21 11758217 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $41.00 | | $1,330.21 |
| 5/24 | DBT CRD 1401 05/22/21 48748330 JANDA FLORIST COCKEYSVILLE MD C#8025 | | $31.80 | | $1,298.41 |
| 5/24 | DBT CRD 0741 05/23/21 20668134 LEVELUPMYTHB390686036 855-466-5585 MA C#8025 | | $10.54 | | $1,287.87 |
| 5/24 | DBT CRD 0837 05/22/21 54314557 LEVELUPMYTHB390192840 855-466-5585 MA C#8025 | | $5.25 | | $1,282.62 |
| 5/24 | DBT CRD 1559 05/22/21 19494325 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,277.92 |
| 5/24 | DBT CRD 2059 05/22/21 35517380 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,273.22 |
| 5/24 | DBT CRD 1700 05/23/21 56503498 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,268.52 |
| 5/24 | POS DEB 1134 05/24/21 52640188 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $4.61 | | $1,263.91 |
| 5/24 | POS DEB 1157 05/22/21 53635408 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $3.71 | | $1,260.20 |
| 5/24 | DBT CRD 1055 05/22/21 37499563 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $3.01 | | $1,257.19 |
| 5/24 | DBT CRD 0756 05/21/21 29858355 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,254.84 |
| 5/24 | DBT CRD 1755 05/21/21 89423714 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,252.49 |
| 5/24 | DBT CRD 1756 05/21/21 89971370 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,250.14 |
| 5/24 | DBT CRD 2303 05/21/21 09801870 USA*CANTEEN - BALTIMOR H/`1OVER MD C#8025 | | $2.35 | | $1,247.79 |
| 5/24 | DBT CRD 1757 05/21/21 90368510 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,246.44 |
| 5/24 | DBT CRD 1757 05/21/21 90609713 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,245.09 |
| 5/24 | DBT CRD 2302 05/21/21 09751673 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,243.74 |
| 5/24 | DBT CRD 1558 05/22/21 19337936 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,242.39 |
| 5/24 | DBT CRD 2058 05/22/21 35154530 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,241.04 |
| 5/24 | DBT CRD 2058 05/22/21 35366006 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,239.69 |
| 5/25 | DBT CRD 1057 05/24/21 38608798 DICK S SPORTING GOODS HUNT VALLEY MD C#8025 | | $70.99 | | $1,168.70 |
| 5/25 | DBT CRD 1511 05/23/21 90631029 YARDS - LOTS H/I WASHINGTON DC C#8025 | | $8.00 | | $1,160.70 |
| 5/25 | DBT CRD 0910 05/24/21 74160306 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,158.3~ |
| 5/25 | CASHED CHECK | 1055 | $650.00 | | $508.35 |

Continued on Next Page



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account            XXXXXXXX5288
Statement Date         06/04/21
Page                    6 of 8



| FREE CHECKING | | | | | Account: XXXXXXXX5288 |
|---|---|---|---|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 5/26 | DBT CRD 1755 05/25/21 89185052 HOPKINS DELI BALTIMORE MD C#8025 | | $15.84 | | $492.51 |
| 5/26 | DBT CRD 2032 05/24/21 19575685 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $490.16 |
| 5/26 | DBT CRD 0841 05/25/21 56729826 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $487.81 |
| 5/26 | DBT CRD 0909 05/25/21 73589071 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $485.96 |
| 5/26 | DBT CRD 1539 05/25/21 07593913 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $484.11 |
| 5/27 | DBT CRD 0950 05/26/21 98555248 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $9.39 | | $474.72 |
| 5/28 | DEPOSIT | | | $1,000.00 | $1,474.72 |
| 5/28 | DBT CRD 1014 05/27/21 12860520 BJS WHOLESALE #0 4201 BALTIMORE MD C#8025 | | $26.98 | | $1,447.74 |
| 5/28 | DBT CRD 2017 05/27/21 10246043 MOMS OF HAMPDEN BALTIMORE MD C#8025 | | $9.98 | | $1,437.76 |
| 5/28 | DBT CRD 0729 05/27/21 13836422 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,435.41 |
| 6/01 | ATM Service Charge Reversal | | | $3.00 | $1,438.41 |
| 6/01 | PAYMENT CHRYSLER CAPITAL TEL 021000024167493 | | $419.99 | | $1,018.42 |
| 6/01 | DBT CRD 1310 05/30/21 16967010 SHELL SERVICE STATION HIGHTSTOWN NJ C#8025 | | $49.77 | | $968.65 |
| 6/01 | ATM W/D 1005 06/01/21 00006110 BANK OF AMERICA *PADONIA TIMONIUM MD C#8025 | | $43.00 | | $925.65 |
| 6/01 | DBT CRD 1352 05/27/21 43705797 SHOTTIS POINT BALTIMORE MD C#8025 | | $40.33 | | $885.32 |
| 6/01 | DBT CRD 1651 05/28/21 50900394 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $22.30 | | $863.02 |
| 6/01 | POS DEB 1631 05/30/21 00797279 EDDIE S OF ROLAND PARK 6213 NORTH CHARLES BALTIMORE MD C#8025 | | $21.96 | | $841.06 |
| 6/01 | DBT CRD 1504 05/31/21 86704216 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $21.31 | | $819.75 |
| 6/01 | DBT CRD 0727 05/29/21 12670684 LEVELUPMYTHB394120663 855-466-5585 MA C#8025 | | $10.54 | | $809.21 |
| 6/01 | DBT CRD 0750 05/31/21 26217731 LEVELUPMYTHB395022522 855-466-5585 MA C#8025 | | $10.54 | | $798.67 |
| 6/01 | DBT CRD 0918 05/27/21 78895871 STARBUCKS STORE 07825 TOWSON MD C#8025 | | $8.70 | | $789.97 |
| 6/01 | DBT CRD 1313 05/30/21 20196383 SHELL SERVICE STATION HIGHTSTOWN NJ C#8025 | | $6.41 | | $783.56 |
| 6/01 | DBT CRD 1314 05/31/21 20948074 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $4.96 | | $778.60 |
| 6/01 | POS DEB 1754 05/28/21 75650558 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $3.98 | | $774.62 |
| 6/01 | DBT CRD 1650 05/28/21 50070235 SIMON S BAKERY LLC COCKEYSVILLE MD C#8025 | | $3.01 | | $771.61 |
| 6/01 | DBT CRD 2220 05/31/21 84319537 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $769.51 |
| 6/02 | DEPOSIT | | | $5,000.00 | $5,769.51 |

Continued on Next Page



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| FREE CHECKING | Account: XXXXXXXX5288 |
|---|---|

**Transactions  (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 6/02 | CD PREMIUM CAREFIRST BCBS PPD 091000013512594 | | $596.77 | | $5,172.74 |
| 6/02 | DBT CRD 1857 06/01/21 26407908 MOMS OF HAMPDEN BALTIMORE MD C#8025 | | $7.98 | | $5,164.76 |
| 6/02 | DBT CRD 2203 06/01/21 73926374 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $5,162.66 |
| 6/04 | DBT CRD 0752 06/03/21 27612309 GRAUL S MARKET PARKTON MD C#8025 | | $54.74 | | $5,107.92 |
| 6/04 | DBT CRD 1258 06/02/21 11081567 SHOTTIS POINT BALTIMORE MD C#8025 | | $44.51 | | $5,063.41 |
| 6/04 | DBT CRD 1039 06/02/21 27421575 COLPARK LOC 573 ROCKVILLE MD C#8025 | | $8.00 | | $5,055.41 |
| 6/04 | CASHED CHECK | 1057 | $3,500.00 | | $1,555.41 |

**Summary of Deposits and Additions**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 5/11 | $2,000.00 | 5/28 | $1,000.00 |
| 5/13 | $2.95 | 6/01 | $3.00 |
| 5/17 | $3.00 | 6/02 | $5,000.00 |

**Checks**

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 5/07 | 1052 | $6,000.00 | 5/25 | 1055 | $650.00 |
| 5/10 | 1054 * | $3,500.00 | 6/04 | 1057 * | $3,500.00 |

* Indicates a gap in the check number sequence

Date          06/04/21        Page 8 of 8
Primary Acct No.    XXXXXXXX5288

009172





05/07/2021          1052                $6000.00

05/10/2021          1054                $3500.00

05/25/2021          1055                $650.00

06/04/2021          1057                $3500.00

ESBK-005-009172-001-004-210607 009172  S07
21218175699

Bank Statement

 **Essex Bank**

(80. )3-5524
EssexBank.com

PO Box 965
Tappahannock, VA 22560

ESBK    Temp-Return Service Requested



| Statement Summary | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 05/05/21 |
| Page | 1 of 7 |

009623 1.2500 AB 0.428    TR00041

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756



## FREE CHECKING                                        Account: XXXXXXXX6288

### Account Summary

| | | | |
|---|---|---|---|
| FREE CHECKING | | Number of Enclosures | 2 |
| Account Number | XXXXXXXX5288 | Statement Dates | 4/06/21 thru 5/05/21 |
| Previous Balance | $5,568.35 | Days in the Statement Period | 30 |
| 6  Deposits/Credits | $18,006.50 | Average Ledger | $3,754.82 |
| 128  Checks/Debits | $12,926.18 | Average Collected | $3,754.82 |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| Current Balance | $10,648.67 | | |

| Itemization of Overdraft and Returned Item Fees | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Transactions

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 4/06 | ATM Service Charge Reversal | | | $3.00 | $5,571.35 |
| 4/06 | ATM W/D 1555 04/06/21 00005699 BANK OF AMERICA *ROYAL FARMS 92 E BALTIMORE MD C#8025 | | $123.00 | | $5,448.35 |
| 4/06 | DBT CRD 1752 04/05/21 87352852 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $14.76 | | $5,433.59 |
| 4/06 | DBT CRD 2025 04/05/21 15383694 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $5,431.49 |
| 4/07 | DEPOSIT | | | $5,000.00 | $10,431.49 |
| 4/07 | DBT CRD 1223 04/05/21 90204214 LIMONCELLO - BALTIMORE 410-7080136 MD C#8025 | | $57.40 | | $10,374.09 |
| 4/07 | DBT CRD 0948 04/06/21 97090682 ROYAL FARMS 92 BALTIMORE MD C#8025 | | $4.68 | | $10,369.41 |
| 4/07 | DBT CRD 1007 04/06/21 08756161 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $10,367.56 |
| 4/07 | CASHED CHECK | 1051 | $3,500.00 | | $6,867.56 |
| 4/08 | DBT CRD 0955 04/06/21 01269400 Hampton Automotive | | $924.76 | | $5,942.80 |

Continued on Next Page

ESBK-005-009623-001-004-210506  009623  S05

21218175699

**Essex Bank**

JOHN MCPHERSON.
DEBTOR IN POSSESSION 21-10205
3300 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account XXXXXXXX5288
Statement Date 05/05/21
Page 2 of 7

| FREE CHECKING | | | Account XXXXXXXX5288 | |
|---|---|---|---|---|

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Ser 410-825-4424 MD C#8025 | | | | |
| 4/08 | DBT CRD 0837 04/07/21 54690239 LYFT *1 RIDE 04-05 LYFT.COM CA C#8025 | | $22.99 | | $5,919.81 |
| 4/08 | DBT CRD 1236 04/06/21 97600064 SHOTTIS POINT BALTIMORE MD C#8025 | | $22.72 | | $5,897.09 |
| 4/08 | DBT CRD 1840 04/07/21 16231464 HOPKINS DELI BALTIMORE MD C#8025 | | $12.36 | | $5,884.73 |
| 4/08 | DBT CRD 1722 04/07/21 69523824 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $5,882.63 |
| 4/08 | DBT CRD 1553 04/06/21 16022863 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $5,880.78 |
| 4/08 | DBT CRD 2220 04/07/21 84197894 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $5,878.93 |
| 4/08 | DBT CRD 1723 04/07/21 69829377 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $5,877.58 |
| 4/09 | DBT CRD 0750 04/08/21 26021191 GRAUL S MARKET PARKTON MD C#8025 | | $40.01 | | $5,837.57 |
| 4/09 | DBT CRD 1508 04/07/21 88971272 USA*CANTEEN HANOVER MD C#8025 | | $1.60 | | $5,835.97 |
| 4/12 | DEPOSIT | | | $3,000.00 | $8,835.97 |
| 4/12 | DBT CRD 1741 04/10/21 81110455 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $63.46 | | $8,772.51 |
| 4/12 | DBT CRD 0850 04/08/21 62372453 BRIARWOOD GOLF CLUB YORK PA C#8025 | | $29.00 | | $8,743.51 |
| 4/12 | DBT CRD 1608 04/08/21 25317696 The Sherwood Inn York New Sale PA C#8025 | | $24.98 | | $8,718.53 |
| 4/12 | DBT CRD 0904 04/08/21 70620678 BRIARWOOD GOLF CLUB YORK PA C#8025 | | $15.85 | | $8,702.68 |
| 4/12 | DBT CRD 0923 04/10/21 82022751 LEVELUPMYTHB365992597 855-466-5585 MA C#8025 | | $10.02 | | $8,692.66 |
| 4/12 | DBT CRD 1028 04/11/21 21377110 LEVELUPMYTHB366548105 855-466-5585 MA C#8025 | | $10.02 | | $8,682.64 |
| 4/12 | DBT CRD 1908 04/09/21 32933398 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,680.54 |
| 4/12 | DBT CRD 2124 04/11/21 50740623 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,678.44 |
| 4/12 | DBT CRD 0946 04/09/21 96152367 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,676.59 |
| 4/12 | DBT CRD 2124 04/11/21 50567642 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $8,674.74 |
| 4/12 | DBT CRD 1907 04/09/21 32503130 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,673.39 |
| 4/12 | DBT CRD 1907 04/09/21 32674604 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,672.04 |
| 4/13 | DBT CRD 1858 04/12/21 26966122 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,669.94 |
| 4/13 | DBT CRD 2102 04/12/21 37634367 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,667.84 |
| 4/13 | DBT CRD 2202 04/12/21 73284202 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,665.74 |
| 4/13 | DBT CRD 2202 04/12/21 73524168 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $8,663.64 |

ESBK-005-009623-001-004-210506  009623   S05

 **Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| | |
|---|---|
| Account | XXXXXXXX5288 |
| Statement Date | 05/05/21 |
| Page | 3 of 7 |

**FREE CHECKING**                                                                    Account XXXXXXXX5288

## Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 4/13 | DBT CRD 1052 04/12/21 35772238 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $8,661.79 |
| 4/13 | DBT CRD 2103 04/12/21 37853367 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $8,659.94 |
| 4/13 | DBT CRD 2102 04/12/21 37413553 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $8,658.59 |
| 4/13 | CASHED CHECK | 1050 | $6,000.00 | | $2,658.59 |
| 4/14 | DBT CRD 1828 04/13/21 09009267 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,656.49 |
| 4/14 | DBT CRD 2052 04/13/21 31265920 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,654.39 |
| 4/14 | DBT CRD 2052 04/13/21 31483590 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,652.29 |
| 4/14 | DBT CRD 1052 04/13/21 35246631 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,650.44 |
| 4/14 | DBT CRD 1051 04/13/21 35045271 USA*CANTEEN HANOVER MD C#8025 | | $1.35 | | $2,649.09 |
| 4/14 | DBT CRD 1850 04/13/21 22153474 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,647.74 |
| 4/15 | DBT CRD 1845 04/14/21 19396650 HOPKINS DELI BALTIMORE MD C#8025 | | $44.14 | | $2,603.60 |
| 4/15 | DBT CRD 1001 04/14/21 04748405 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,601.75 |
| 4/15 | DBT CRD 1636 04/14/21 41639409 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,600.40 |
| 4/15 | DBT CRD 1808 04/14/21 96872817 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,599.05 |
| 4/16 | POS DEB 1846 04/15/21 00756984 RUTTER S #2 249 N MAIN ST SHREWSBURY PA C#8025 | | $62.14 | | $2,536.91 |
| 4/16 | DBT CRD 0908 04/15/21 72983371 LS HONEY RUN GOLF & CO YORK PA C#8025 | | $35.00 | | $2,501.91 |
| 4/16 | DBT CRD 0803 04/15/21 34196673 GRAUL S MARKET PARKTON MD C#8025 | | $6.88 | | $2,495.03 |
| 4/16 | DBT CRD 2125 04/15/21 51565817 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,492.93 |
| 4/16 | DBT CRD 2126 04/15/21 51826321 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,491.58 |
| 4/16 | DBT CRD 2126 04/15/21 52028944 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,490.23 |
| 4/19 | DBT CRD 1648 04/18/21 49363119 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $38.11 | | $2,452.12 |
| 4/19 | DBT CRD 0924 04/18/21 82723083 LEVELUPMYTHB370617712 855-466-5585 MA C#8025 | | $10.02 | | $2,442.10 |
| 4/19 | DBT CRD 1345 04/17/21 39244858 FOX HOLLOW GOLF COURSE LUTHERVILLE-T MD C#8025 | | $9.00 | | $2,433.10 |
| 4/19 | DBT CRD 0722 04/17/21 09413042 LEVELUPMYTHB370069028 855-466-5585 MA C#8025 | | $4.72 | | $2,428.38 |
| 4/19 | DBT CRD 1508 04/17/21 88984995 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,426.03 |
| 4/19 | DBT CRD 2106 04/17/21 39792722 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,423.68 |
| 4/19 | DBT CRD 2107 04/17/21 40387437 USA*CANTEEN - | | $2.35 | | $2,421.33 |

Continued on Next Page



# Essex Bank

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account   XXXXXXXX5288
Statement Date   05/05/21
Page   4 of 7

## FREE CHECKING                                          Account XXXXXXXX5288

### Transactions  (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|------|-------------|---------|-------|--------|---------|
| | BALTIMOR HANOVER MD C#8025 | | | | |
| 4/19 | DBT CRD 0810 04/16/21 38401130 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,419.48 |
| 4/19 | DBT CRD 1636 04/16/21 41753701 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,418.13 |
| 4/19 | DBT CRD 1636 04/16/21 41935925 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,416.78 |
| 4/19 | DBT CRD 1507 04/17/21 88628323 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,415.43 |
| 4/19 | DBT CRD 1507 04/17/21 88797962 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,414.08 |
| 4/19 | DBT CRD 2105 04/17/21 39408813 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,412.73 |
| 4/19 | DBT CRD 2106 04/17/21 39601829 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,411.38 |
| 4/20 | POS DEB 1248 04/20/2... ...559588 QUICK MART 576 CRANBROOK RD COCKEYSVILLE MD C#8025 | | $3.48 | | $2,407.90 |
| 4/20 | DBT CRD 2054 04/19/21 32511571 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,405.55 |
| 4/20 | DBT CRD 1935 04/19/21 49026689 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,403.45 |
| 4/20 | DBT CRD 0944 04/19/21 94516832 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,401.60 |
| 4/20 | DBT CRD 1935 04/19/21 49228638 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.85 | | $2,399.75 |
| 4/20 | DBT CRD 2053 04/19/21 32082177 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,398.40 |
| 4/20 | DBT CRD 2053 04/19/21 32348371 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,397.05 |
| 4/21 | DBT CRD 0830 04/20/21 50320952 LEVELUPMYTHB371714676 855-466-5585 MA C#8025 | | $10.02 | | $2,387.03 |
| 4/21 | DBT CRD 1647 04/20/21 48587284 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,384.68 |
| 4/21 | DBT CRD 1648 04/20/21 48935263 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,383.33 |
| 4/21 | DBT CRD 1821 04/20/21 04961998 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,381.98 |
| 4/22 | DBT CRD 1816 04/21/21 01656085 HOPKINS DELI BALTIMORE MD C#8025 | | $44.01 | | $2,337.97 |
| 4/22 | DBT CRD 0924 04/21/21 82690503 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,336.12 |
| 4/22 | DBT CRD 1732 04/21/21 75280479 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,334.77 |
| 4/22 | DBT CRD 1732 04/21/21 75489684 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,333.42 |
| 4/23 | ATM Service Charge Reversal | | | $3.50 | $2,336.92 |
| 4/23 | ATM W/D 1202 04/23/21 00007155 PNC BANK 5119 ROLAND AVE BALTIMORE MD C#8025 | | $203.50 | | $2,133.42 |
| 4/23 | DBT CRD 1638 04/22/21 43295797 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $15.23 | | $2,118.19 |
| 4/23 | DBT CRD 2216 04/21/21 82087882 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $2,115.84 |

Continued on Next Page

ESBK - 005 - 009623 - 001 - 004 - 210506 009623   S05



JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

| Account | XXXXXXXX6288 |
|---|---|
| Statement Date | 05/05/21 |
| Page | 5 of 7 |

| FREE CHECKING | Account XXXXXXXX6288 |
|---|---|

**Transactions (Continued)**

| Date | Description | Check # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 4/23 | DBT CRD 1820 04/22/21 04437844 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,113.74 |
| 4/23 | DBT CRD 1848 04/22/21 21013652 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,111.64 |
| 4/23 | DBT CRD 1848 04/22/21 21197267 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $2,109.54 |
| 4/23 | DBT CRD 0915 04/22/21 77416939 USA*CANTEEN HANOVER MD C#8025 | | $1.85 | | $2,107.69 |
| 4/23 | DBT CRD 1820 04/22/21 04149775 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,106.34 |
| 4/26 | DBT CRD 1114 04/23/21 48636917 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $90.19 | | $2,016.15 |
| 4/26 | DBT CRD 0800 04/23/21 32547878 LEVELUPMYTHB373474329 855-466-5585 MA C#8025 | | $10.02 | | $2,006.13 |
| 4/26 | DBT CRD 1816 04/25/21 01717789 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $2,001.43 |
| 4/26 | DBT CRD 1817 04/25/21 02516976 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $2,000.08 |
| 4/26 | DBT CRD 1817 04/25/21 02714410 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,998.73 |
| 4/27 | DBT CRD 1721 04/26/21 68937666 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,996.38 |
| 4/27 | DBT CRD 1722 04/26/21 69309717 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,995.03 |
| 4/27 | DBT CRD 1722 04/26/21 69625701 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,993.68 |
| 4/28 | DBT CRD 0845 04/27/21 59569758 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,991.33 |
| 4/28 | DBT CRD 1631 04/27/21 38981781 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,988.98 |
| 4/28 | DBT CRD 0846 04/27/21 59853003 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $1,986.88 |
| 4/28 | DBT CRD 1632 04/27/21 39290140 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,985.53 |
| 4/29 | CD PREMIUM CAREFIRST BCBS PPD 091000018517452 | | $596.77 | | $1,388.76 |
| 4/29 | DBT CRD 1652 04/28/21 51542847 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $4.70 | | $1,384.06 |
| 4/29 | DBT CRD 1959 04/27/21 63675436 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,381.71 |
| 4/29 | DBT CRD 0804 04/28/21 34898142 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $1,379.36 |
| 4/29 | DBT CRD 1653 04/28/21 52341187 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,378.01 |
| 4/29 | DBT CRD 1654 04/28/21 52526947 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,376.66 |
| 4/29 | DBT CRD 1735 04/28/21 77125495 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,375.31 |
| 4/29 | DBT CRD 1850 04/28/21 22023957 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $1,373.96 |
| 4/30 | PAYMENT CHRYSLER CAPITAL TEL 021000028131784 | | $419.99 | | $953.97 |

Continued on Next Page



**Essex Bank**

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
3900 NORTH CHARLES ST
BALTIMORE, MD 21218-1756

Account          XXXXXXXX5288
Statement Date       05/05/21
Page               6 of 7

**FREE CHECKING**                                          Account: XXXXXXXX5288

### Transactions (Continued)

| Date | Description | Check # | Debit | Credit | Balance |
|------|-------------|---------|-------|--------|---------|
| 4/30 | POS DEB 2003 04/29/21 00753248 WAWA STORE 8506 10125 YORK RD COCKEYSVILLE MD C#8025 | | $56.60 | | $897.37 |
| 4/30 | DBT CRD 0658 04/29/21 95152417 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $895.02 |
| 5/03 | DEPOSIT | | | $5,000.00 | $5,895.02 |
| 5/03 | POS DEB 1540 05/02/21 00854220 CALVERTON ACQUISITION CO 4040 POWDER MILL R BELTSVILLE MD C#8025 | | $83.75 | | $5,811.27 |
| 5/03 | DBT CRD 0910 04/30/21 74543797 SUNSET GOLF COURSE MIDDLETOWN PA C#8025 | | $43.08 | | $5,768.19 |
| 5/03 | DBT CRD 1810 04/30/21 98370222 EDDIE S OF ROLAND P BALTIMORE MD C#8025 | | $32.55 | | $5,735.64 |
| 5/03 | DBT CRD 0859 05/01/21 67409518 LEVELUPMYTHB378314385 855-466-5585 MA C#8025 | | $10.02 | | $5,725.62 |
| 5/03 | DBT CRD 0957 04/30/21 02770013 SUNSET GRILLE MIDDLETOWN PA C#8025 | | $4.01 | | $5,721.61 |
| 5/03 | DBT CRD 0805 04/30/21 35554887 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $5,719.26 |
| 5/03 | DBT CRD 0806 04/30/21 35872557 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $2.10 | | $5,717.16 |
| 5/03 | DBT CRD 1213 04/30/21 83896960 SUNSET GRILLE MIDDLETOWN PA C#8025 | | $1.99 | | $5,715.17 |
| 5/03 | DBT CRD 0923 04/30/21 82087148 SUNSET GRILLE MIDDLETOWN PA C#8025 | | $1.25 | | $5,713.92 |
| 5/04 | DEPOSIT | | | $5,000.00 | $10,713.92 |
| 5/04 | DBT CRD 0743 05/03/21 22284530 CITY OF BALTIMORE 410-396-3971 MD C#8025 | | $42.95 | | $10,670.97 |
| 5/04 | DBT CRD 1620 05/03/21 32535235 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $10,669.62 |
| 5/05 | DBT CRD 1722 05/04/21 69467639 JANDA FLORIST COCKEYSVILLE MD C#8025 | | $15.90 | | $10,653.72 |
| 5/05 | DBT CRD 0211 05/04/21 23122057 USA*CANTEEN - BALTIMOR HANOVER MD C#8025 | | $2.35 | | $10,651.37 |
| 5/05 | DBT CRD 0211 05/04/21 22690986 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $10,650.02 |
| 5/05 | DBT CRD 0211 05/04/21 22923225 CMSVEND*CV BALTIMORE HANOVER MD C#8025 | | $1.35 | | $10,648.67 |

### Summary of Deposits and Additions

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 4/06 | $3.00 | 4/23 | $3.50 |
| 4/07 | $5,000.00 | 5/03 | $5,000.00 |
| 4/12 | $3,000.00 | 5/04 | $5,000.00 |

### Checks

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 4/13 | 1050 | $6,000.00 | 4/07 | 1051 | $3,500.00 |

* Indicates a gap in the check number sequence



ESBK-005-009623-001-004-210506 009623 S05

04/13/2021          1050            $6000.00



04/07/2021          1051            $3500.00

ESBK-005-009623-001-004-210506  009623  S05

"APoì☉L u\■◆â7Lnp☺Ç Σ Ä Æ ñÑ╢|♥ᴸ ²→cc= ε❖✝ ■-\ÒÖ■☉Æ          ╡@WÇ╢|♥¥rÜ] ◊☉ ç_ ·♥!w=◆M=

JOHN MCPHEE, JR
DEBTOR IN POSESSION 21-10205
GENERAL ACCOUNT 3500 NORTH CHARLES DATE 4/5/21          1051
BALTIMORE, MD 21218

PAY TO THE
ORDER OF _THE SOCIM 1A Moto ORDWS_ | $ 3500 ⁰⁰

_Three Thousand Five Hundred_ _____ DOLLARS

Essex Bank

MEMO _14th f_

⑈05140⑆904⑈     5288     1051

04/07/2021          1051               $3500.00

JOHN MCPHERSON
DEBTOR IN POSSESSION 21-10205
GENERAL ACCOUNT 3500 NORTH CHARLES DATE 4/1/21          1050
BALTIMORE, MD 21218

PAY TO THE
ORDER OF _Kamine-Nat WPHTHJun_ | $ 6000 ⁰⁰

_Six Thousand Dolan_ _____ DOLLARS

Ess x Bank

MEMO _____

⑈05140⑆904⑈     5288     1050

04/13/2021          1050               $6000.00