Fill in this information to identify your case:

Debtor    **John McDonnell McPherson**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number    **21-10205**
(if known)

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 6/30/21 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| FORENSIC ANALYTICS, LLC | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

     *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report,* along with summarized footnotes.

     *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

     *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

     *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

     *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: **John McDonnell McPherson**                                                          Case number **21-10205**

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | | |
|---|---|---|
| **For non-individual Debtors:** | X _____ | |
| | Signature of Authorized Individual | |
| | _____ | |
| | Printed name of Authorized Individual | |
| | Date _____ | |
| | MM/ DD / YYYY | |

| | | | |
|---|---|---|---|
| **For individual Debtors:** | X _~~_mPc_~~_ | X _____ | |
| | Signature of Debtor 1 | Signature of Debtor 2 | |
| | _John McPherson_ | X _____ | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 | |
| | Date _08 04 2021_ | Date _____ | |
| | MM/ DD / YYYY | MM/ DD / YYYY | |

Debtor Name: **John McDonnell McPherson**                                    Case number **21-10205**

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

FORENSIC ANALYTICS, LLC

Debtor Name: __John McDonnell McPherson__                              Case number __21-10205__

| Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]    COMPANY WAS NEVER ACTIVE

ASSETS            0

LIABILITIES       0

EQUITY            0

Debtor Name: **John McLonnell McPherson**                                Case Number **21-10205**

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (loss) for the following periods:

 (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

            b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]            Company was never active

REVENUES                    $ 0

EXPENSES                    $ 0

NET INCOME                  $ 0

Debtor Name: __John McDonnell McPherson__                                    Case number __21-10205__

**Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Company was never active

Sources of cash        $ 0

Uses of cash        $ 0

Net cash flow        $ 0

Beginning cash balance        $ 0

Ending cash balance        $ 0

Debtor Name: **John McDonnell McPherson**                                                    Case number **21-10205**

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:
 (i) For the initial report:
      a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

      b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

NA

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor Name: **John McDonn: ll McPherson**                           Case numb_r **21-10205**

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Deb····'s interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]   BUSINESS WAS NEVER ACTIVE

Debtor Name: __John McDonnell McPherson__                                           Case number __21-10205__

| | Exhibit C: Description of Intercompany Claims |
|---|---|

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

N/A

Debtor Name: **John McDonnell McPherson**                    Case number **21-10205**

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

N/A

Debtor Name: **John McDonnell McPherson**                                    Case number **21-10205**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

N/A