

| Statement Date |
|---|
| 12-Jul-21 |
| **Balance Currently Due** |
| $41,225.00 |
| **Case #** |
| 01-20-0015-0847-2-KJ |

**Pay PIN**: 11393057

# Summary Invoice/Statement

Kim West, Esq.
Ashcroft Law Firm
200 State Street
7th Floor
Boston, MA 02109

**Representing:** John McPherson

Re:  Camac Fund, LP
     Vs.
     John McPherson

| Statement Date | Case # | Previous Balance | Credits/Cancellations | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 12-Jul-21 | 01-20-0015-0847 | $0.00 | $0.00 | $41,225.00 | $41,225.00 |

| Bill Line Date | Bill Line # | Description | Amount | Credits/Cancellations | Balance | Due Date |
|---|---|---|---|---|---|---|
| 12-Jul-2021 | 13170974 | Arbitrator's Compensation - Reis berg estimates 130 hours | $37,375.00 | $0.00 | $37,375.00 | 12-Jul-2021 |
| 12-Jul-2021 | 13170967 | Final Fee | $3,850.00 | $0.00 | $3,850.00 | 12-Jul-2021 |
| 10-Dec-2020 | 12879468 | Arbitrator's Compensation | $4,000.00 | $4,000.00 | $0.00 | 10-Dec-2020 |
| 13-Nov-2020 | 12849522 | Administrative Fee for Counterclaim | $4,400.00 | $4,400.00 | $0.00 | 13-Nov-2020 |

| Statement Balance | Balance Currently Due |
|---|---|
| $41,225.00 | $41,225.00 |

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

| Statement Date |
|---|
| 12-Jul-21 |
| **Balance Currently Due** |
| $41,225.00 |
| **Case #** |
| 01-20-0015-0847-2-KJ |

**Pay PIN**: 11393057

# Payment Options

**Paying by Credit Card or eCheck**
To pay with a credit card or eCheck online, go to www.adr.org, click on "*File or Access your Case*" and then select "*Quick Pay an Invoice*" and use this **Pay PIN**: **11393057**.

**Wire Transfer**
As information transmitted by the bank is often truncated due to limited space, please email your reference information (Case #/Bill Line #/Program #/Party Name) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly (e.g. 011400021841 P1 or #1234567 P2 or EDU1234). Please email as follows:

For active cases: send to your AAA case representative and corpfinance@adr.org
For new filings (where your case number is not known): send to casefiling@adr.org and corpfinance@adr.org

FOR WIRES / ACH / EFT
    **Name of Bank:** Wells Fargo Bank
    **Address:** 150 East 42nd Street, 24th FL., New York, NY 10017, USA
    **Account Name:** AAA/American Arbitration Association
    **Account Number:** 2000017952068
    **ABA/Transit Number:** 121000248
    **Reference:** Case # and Bill Line #/Party Name; or Program # (as applicable)
    **Swift Code/BIC:** WFBIUS6S

Note: Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**
*Payment by mailing checks is strongly discouraged due to significant disruptions in mail delivery as a result of COVID-19.*

In the event that this is the only way you are able to make a payment, please return this page with your payment (please indicate the Case # on the check) to:

    1301 Atwood Avenue
    Suite 211N
    Johnston, RI 02919
    Telephone: (866)293-4053
    Fax: (866)644-0234

**Corporate Address and Tax ID**: American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, EIN: 13-0429745

Page 2 of 2