Entered: October 19th, 2021
Signed: October 19th, 2021

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| In re: | ) |
| | ) |
| **JOHN M. MCPHERSON,** | ) |
| | )   **Case No.:  21-10205 (MMH)** |
| | ) |
| Debtor. | )   **Chapter 11** |
| | ) |
| | ) |

**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF POST-PETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE**

Upon consideration of the Debtor's Motion for Approval of Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code (the "Motion"), and the Objection thereto filed by Camac Fund, LP; and the Court having held a hearing on the Motion, it is by the United States Bankruptcy Court for the District of Maryland ORDERED:

1.     That the Motion be and hereby is granted, subject to the conditions set forth below.

2.     That the Debtor is authorized to borrow the sum of $41,225.00 (the "Loan") from Mihaly, McPherson Signorelli, LLC ("MMS") for the sole and express purpose of paying an invoice due to the American Arbitration Association (the "AAA") relating to the pending arbitration proceeding between the Debtor and Camac Fund, LP.

3.      The Loan shall bear interest at the rate of five percent (5%) per annum.

4.      The Loan will be secured by a lien on any and all distributions due to the Debtor from MMS from Research Sale Proceeds (the sale of data by MMS to private equity and hedge funds), which lien shall be junior to the lien asserted by Camac Fund, LP if it is determined that Camac Fund LP holds a valid lien on the Research Sale Proceeds.

5.      No repayment of any portion of the Loan made by the Debtor to MMS until such repayment is expressly authorized by a subsequent Order of this Court.

**END OF ORDER**

12001704