IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| JOHN M. MCPHERSON, | ) |
| | ) Case No.: 21-10205 (MMH) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

**STIPULATION EXTENDING TIME FOR OFFICE OF THE UNITED
STATES TRUSTEE TO RESPOND TO INTERIM FEE APPLICATIONS**

John M. McPherson, the debtor and debtor-in-possession herein, by his undersigned counsel, and the Office of the United States Trustee (the "UST") hereby stipulate and agree that the time period for the UST to file any response to (a) the First Interim Fee Application of the Ashcroft Firm (Dkt. 185) and (b) the Second Interim Fee Application of Whiteford, Taylor & Preston L.L.P. (Dkt. 191) is hereby extended through and including September 21, 2022.

*/s/ Brent C. Strickland*
Brent C. Strickland, Bar No. 22704
WHITEFORD, TAYLOR & PRESTON L.L.P.
111 Rockville Pike, Suite 800
Rockville, Maryland 20852
(410) 347-9402
bstrickland@wtplaw.com

*/s/ J. Dan Ford*
J. Dan Ford, Bar No. 21290
Office of the United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201
(410) 962-7845
j.dan.ford@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022 I served a copy of the foregoing via the Court's electronic noticing system on all parties receiving notice thereby.

*/s/ Brent C. Strickland*
Brent C. Strickland
